David Loy (229235)
**ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone:  (619) 232-2121
Facsimile:   (619) 232-0036
davidloy@aclusandiego.org

Ryan T. Darby, Esq. (SBN 264357)
**THE LAW OFFICE OF RYAN T. DARBY**
525 B Street, Suite 1500
San Diego, CA 92101
Telephone:  (619) 858-4766
Facsimile:   (619) 243-7226
darby@darby.law

Attorneys for Plaintiff THE KOALA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KOALA, an unincorporated student association,<br><br>    Plaintiff,<br><br>    v.<br><br>PRADEEP KHOSLA, et al.,<br><br>    Defendants. | **Case No.: 16cv1296 JM (BLM)**<br><br>**PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Jeffrey T. Miller<br>Date:  July 18, 2016<br>Time:  10:00 a.m.<br>Place: Courtroom 5D |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on July 18, 2016, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Jeffrey T. Miller in Courtroom 5D of the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101, Plaintiff will and hereby does move this Court for an order granting a preliminary injunction prohibiting Defendants and their officers, agents, servants, employees, and attorneys, and any person in active concert or participation with any of the foregoing persons, from:

1. Enforcing any motion, resolution, or other official action that disqualifies registered student organizations at the University of California, San Diego ("UCSD") from eligibility to obtain funds derived from campus activity fees to publish student newspapers or other periodicals;

2. Categorically refusing to disburse funds derived from campus activity fees to Plaintiff for purposes of publishing a student newspaper or other periodical on the ground that Plaintiff would use such funds to publish a student newspaper or other periodical; and

3. Taking any action that discriminates or retaliates against Plaintiff because of the viewpoint expressed by Plaintiff in Plaintiff's publications or otherwise.

Plaintiff's Motion is based on this Notice of Motion and Motion; the concurrently-filed supporting Memorandum of Points and Authorities, and declarations attached thereto; on all papers, pleadings, records and files in this case; on all matters of which judicial notice may be taken; and on such other argument and/or evidence as may be presented to this Court at a hearing on this motion.

Dated: June 3, 2016                           Respectfully submitted,

                                              By:  **s/David Loy**
                                                   David Loy
                                                   davidloy@aclusandiego.org

                                                   Ryan T. Darby
                                                   Attorneys for Plaintiff