| | |
|---|---|
| 1 | SCHIFF HARDIN LLP |
| | William J. Carroll (Bar No. 118106) |
| 2 | wcarroll@schiffhardin.com |
| | Jean-Paul P. Cart (Bar No. 267516) |
| 3 | jcart@schiffhardin.com |
| 4 | Matthew W. Callahan (Bar No. 307782) |
| | mcallahan@schiffhardin.com |
| 5 | One Market, Spear Street Tower |
| | Thirty-Second Floor |
| 6 | San Francisco, CA 94105 |
| | Telephone:  (415) 901-8700 |
| 7 | Facsimile:   (415) 901-8701 |

Attorneys for Defendants
PRADEEP KHOSLA, DANIEL JUAREZ,
and JUSTIN PENNISH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KOALA, an unincorporated student association, | Case No.  3:16-cv-01296-JM-BLM |
| Plaintiff, | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AND OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| PRADEEP KHOSLA, in his official capacity as Chancellor of the University of California, San Diego; DANIEL JUAREZ, in his official capacity as President of the Associated Students of the University of California, San Diego; and JUSTIN PENNISH, in his official capacity as Financial Controller of the Associated Students of the University of California, San Diego, | Case Filed:      May 31, 2016<br>Judge:              Hon. Jeffrey T. Miller<br>Hearing Date:  Sept. 19, 2016<br>Hearing Time:  10:00 a.m. |
| Defendants. | |

1   Pursuant to Federal Rule of Evidence 201, Defendants Pradeep Khosla, Daniel Juarez, and Justin Pennish (collectively, "Defendants") hereby respectfully request that the Court take judicial notice of the official documents reflected on the websites listed below.

Publications from government entities are "self-authenticating" and "require no extrinsic evidence of authenticity" to be admitted before a court.  Fed. R. Evid. 902(5).  Because they are self-authenticating, government websites are properly the subject of judicial notice.  *See Michery v. Ford Motor Co.*, No. 13-57012, 2016 WL 2865787, at *2 n.2 (9th Cir. May 17, 2016).  Such judicial notice is proper on a motion to dismiss and where the information contained therein is "not subject to reasonable dispute."  *See Parallel Synthesis Techs., Inc. v. DeRisi*, No. 5:13-CV-05968-PSG, 2014 WL 4748611, at *3 (N.D. Cal. Sept. 23, 2014) (taking judicial notice of University of California webpages for the purpose of deciding a motion to dismiss).

Here, Defendants seek judicial notice of: (1) executive budgets of Associated Students of the University of California, San Diego ("Associated Students"); (2) the Act of Associated Students upon which Plaintiff *The Koala* ("Plaintiff") bases its claims; (3) the Minutes and Order of Business from the November 18, 2015 meeting of Associated Students; (4) the University of California, San Diego's description of the requirements of a student media organization; and (5) records reflecting Associated Students' past disbursement of student media funds.  Just as Plaintiff claims in connection with its similar request for judicial notice (*see* DE 2), the information contained within the following records is not subject to reasonable dispute, and should be considered in connection with Defendants' Motion to Dismiss and Opposition to Plaintiff's Motion for Preliminary Injunction:

26   1.   Associated Students' 2014-2015 Executive Budget: https://as.ucsd.edu/finance/budget.php?type=2014-15.

28   2.   Associated Students' 2013-2014 Executive Budget:

https://as.ucsd.edu/finance/budget.php?type=2013-14.

3. Associated Students' 2012-2013 Executive Budget: https://as.ucsd.edu/finance/budget.php?type=2012-13.

4. Associated Students' 2011-2012 Executive Budget: https://as.ucsd.edu/finance/budget.php?type=2011-12.

5. Associated Students' 2010-2011 Executive Budget: https://as.ucsd.edu/finance/budget.php?type=2010-11.

6. Associated Students' November 18, 2015 Act #107, Amendments to the ASUCSD Standing Rules regarding Media Funding: https://as.ucsd.edu/council-old/act_attachments/Amendments%20to%20the%20ASUCSD%20Standing%20Rules%20regarding%20Media%20Funding.pdf.

7. Associated Students' Order of Business for November 18, 2015 meeting: https://as.ucsd.edu/council-old/agenda/Agenda_2015-2016_regular_7.pdf.

8. Associated Students' Minutes of November 18, 2015meeting: https://as.ucsd.edu/council-old/minute/Minute_2015-2016_regular_8.pdf.

9. University of California, San Diego, Student Organization Registration Categories and Requirements: https://students.ucsd.edu/student-life/involvement/organizations/onestop/requirements.html#Cooperative-organizations.

10. Associated Students' Fall 2015 Media Organization Allocation: https://as.ucsd.edu/finance/docs/FinalAllocMediasp15.05-22-15-14-53-37.pdf.

11. Associated Students' Spring 2015 Media Organization Allocation: https://as.ucsd.edu/finance/docs/FinalAllocMediawi15.03-09-15-11-33-57.pdf.

12. Associated Students' Winter 2015 Media Organization Allocation: https://as.ucsd.edu/finance/docs/FinalAllocMediafa14.01-07-15-17-06-44.pdf.

13. Associated Students' Fall 2014 Media Organization Allocation: https://as.ucsd.edu/finance/docs/FinalAllocMediasp14.06-03-14-15-58-50.pdf.

14. Associated Students' Spring 2014 Media Organization Allocation:

1  https://as.ucsd.edu/finance/docs/FinalAllocMediawi14.03-11-14-10-40-41.pdf.

2  15.  Associated Students' Winter 2014 Media Organization Allocation:

3  https://as.ucsd.edu/finance/docs/FinalAllocMediafa13.12-10-13-14-12-42.pdf.

4  16.  Associated Students' Fall 2013 Media Organization Allocation:

5  https://as.ucsd.edu/finance/docs/FinalAllocMediasp13.06-14-13-09-39-07.pdf.

6  17.  Associated Students' Spring 2013 Media Organization Allocation:

7  https://as.ucsd.edu/finance/docs/FinalAllocMediawi13.04-01-13-14-10-34.pdf

8  18.  Associated Students' Winter 2013 Media Organization Allocation:

9  https://as.ucsd.edu/finance/docs/FinalAllocMediafa13.12-10-13-14-12-42.pdf.

10  19.  Associated Students' Fall 2012 Media Organization Allocation:

11  https://as.ucsd.edu/finance/docs/FinalAllocMediasp12.06-15-12-10-27-35.pdf.

12  20.  Associated Students' Spring 2012 Media Organization Allocation:

13  https://as.ucsd.edu/finance/docs/FinalAllocMediawi12.03-13-12-12-08-36.pdf.

14  21.  Associated Students' Winter 2012 Media Organization Allocation:

15  https://as.ucsd.edu/finance/docs/FinalAllocMediafa11.12-09-11-09-39-36.pdf.

16  22.  Associated Students' Fall 2011 Media Organization Allocation:

17  https://as.ucsd.edu/finance/docs/RecommendedAllocMediasp11.05-30-11-22-23-
18  01.pdf.

19  23.  Associated Students' Spring 2011 Media Organization Allocation:

20  https://as.ucsd.edu/finance/docs/FinalAllocMediawi11.04-14-11-16-27-33.pdf.

21  24.  Associated Students' Winter 2011 Media Organization Allocation:

22  https://as.ucsd.edu/finance/docs/FinalAllocMediafa10.11-22-10-15-07-30.pdf.

23  25.  Associated Students' Fall 2010 Media Organization Allocation:

24  https://as.ucsd.edu/finance/docs/FinalAllocMediasp10.07-09-10-10-25-43.pdf.

25  / / /

26  / / /

27  / / /

28  / / /

| | |
|---|---|
| Dated: August 15, 2016 | SCHIFF HARDIN LLP |
| | By: */s/ William J. Carroll*<br>William J. Carroll<br>Jean-Paul P. Cart<br>Matthew W. Callahan |
| | Attorneys for Defendants<br>PRADEEP KHOSLA, DANIEL JUAREZ, and JUSTIN PENNISH |

SF\321920673.1