*The Koala v Pradeep Khosla, Chancellor of UCSD*
Case No. 3:16-cv-01296-JM-BLM

# EXHIBITS TO SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

## TABLE OF CONTENTS

| EXHIBIT | DOCUMENT | PAGES |
|---|---|---|
| 1 | UC Policies Applying to Campus Activities, Organizations and Students, PACAOS 60: Policy on Student Governments | 1-8 |
| 2 | UC Board of Regents, Regents Policy 3301: Policy on Associated Students | 9 |
| 3 | UC Board of Regents, Regents Policy 3302: Policy on Student Body Fees | 10 |
| 4 | UC Policies Applying to Campus Activities, Organizations and Students, PACAOS 80: Policy on Compulsory Campus-based Student Fees | 11-22 |
| 5 | UC Associated Student Funding Guide 2015-2016 | 23-50 |
| 6 | UC Policies Applying to Campus Activities, Organizations and Students, PACAOS 70: Policy on Registered Campus Organizations | 51-56 |
| 7 | AS Council Meeting 201511 18 Live Blog | 57-73 |

**University of California PACAOS-60**



# Policies Applying to Campus Activities, Organizations and Students (PACAOS)

## 60.00 POLICY ON STUDENT GOVERNMENTS

| | |
|---|---|
| **Responsible Officer:** | VP - Student Affairs |
| **Responsible Office:** | SA - Student Affairs |
| **Issuance  Date:** | 7/28/2004 |
| **Effective Date:** | 7/28/2004 |
| **Scope:** | For all pertinent activities involving University students, employees, and properties, the *Policies Applying to Campus Activities, Organizations and Students* apply to the Division of Agriculture and Natural Resources and to the Department of Energy Laboratories operated by the University of California, subject to Laboratory implementing regulations and contractual obligations between The Regents and the Department of Energy. |

| | |
|---|---|
| **Contact:** | Eric Heng |
| **Email:** | Eric.Heng@ucop.edu |
| **Phone #:** | (510) 987-0239 |

## I.    POLICY SUMMARY

The *Policies Applying to Campus Activities, Organizations and Students* are a compendium of University-wide policies relating to student life. Section 60.00 describes the University's policy on student governments.

## II.    DEFINITIONS

Definitions for the *Policies Applying to Campus Activities, Organizations and Students*, and the campus implementing regulations adopted pursuant to them, are provided in Section 14.00.

**University of California PACAOS-60**

---

## III.    POLICY TEXT

---

## 60.00 POLICY ON STUDENT GOVERNMENTS

### 61.00 Status

Chancellors have authority to authorize or discontinue recognition of student governmental entities as official student governments, consistent with the status of such governments as official units of the University of California (see The Regents' Policy on the Status of Associated Students). Such governments are responsible for representing student constituencies comprising either the student body as a whole or particular segments of it. Chancellors may also assign to such governments specified powers and other responsibilities concerning student affairs.

### 61.10 Authority, Responsibility, and Purposes

Student governments shall have authority and responsibility over matters that are consistent with their enabling documents such as constitutions and by-laws, and with the University's purposes for such governments as defined by these *Policies* and implementing campus regulations. It shall be the responsibility of student governments, in consultation with the Chancellor or the Chancellor's designee, to ensure that their enabling documents, as well as all their programs and activities, are consistent with the status of such governments as official units of the University, and with the University's purposes for such governments as set forth in Section 61.10-15 of these *Policies*, as well as with all other provisions of these *Policies* and with implementing campus regulations.

Consistent with the provisions of these *Policies*, the University's purposes for student governments are:

61.11

To provide students with the educational benefits of participation in student government;

61.12

To provide a forum for the discussion of issues and ideas of interest, importance, and/or of concern to students;

61.13

To provide financial and other tangible support for student activities and organizations on a viewpoint-neutral basis, consistent with the provisions of Section 86.00 of these *Policies*, in order to foster a sense of community and to further discussion among students of the broadest range of ideas;

61.14

To communicate student views to audiences, including external governmental offices and agencies, consistent with the provisions of Sections 63.00 and 64.00 of these *Policies*; and

61.15

To provide such additional services to students as may be determined by the Chancellor or Chancellor's designee to be consistent with the status of student governments as official units of the University and with the other provisions of these *Policies*.

## 62.00 Support

Student governments may be supported by compulsory campus-based student fees as specified in Section 81.00 of these *Policies* and/or by voluntary student contributions as specified in Section 90.10 of these *Policies*.

## 63.00 Right To Take Positions on Public Issues

Student governments shall have the right to address and take positions on public issues as consideration of such matters serves the University's purposes for such governments as set forth in Section 61.10-15 of these *Policies*. Positions on issues taken by student governments shall not be represented as or deemed to be positions of any entity of the University other than the student government.

## 64.00 Lobbying and Other Public Policy-Oriented Activities

Consistent with the University's purposes for student governments as set forth in Section 61.10-15 of these *Policies*, student governments may undertake lobbying and other public policy-oriented activities on student-related matters, as defined in Section 64.01 and 64.02 of these *Policies*, supported by compulsory campus-based student fees and/or by voluntary student contributions.

The lobbying and other public policy-oriented activities of student governments serve the University's purposes for such governments when such activities provide students with educational experiences in developing, discussing, and resolving positions on student-related matters, and articulating these positions through public and private discussions, meetings, and other forms of communication.

University of California PACAOS-60

In furtherance of the University's purposes for student governments, the educational benefit provided to students by such activities must outweigh any purpose of furthering a particular ideological or political viewpoint. Consistent with this requirement, all such activities must be established by and under the direct and exclusive control of student governments and their democratic processes, and offer opportunities for participation by University of California students in meaningful learning experiences.

64.01 Definition of Lobbying Activities

The term "lobbying activities" as used in these *Policies* means the funding or sponsorship by student governments of any program or activity of such governments that involves direct contact (whether face-to-face, by telephone, or in writing) with non-University legislative or other governmental officials in order to communicate a student government position (including the supporting rationale for that position) on a student-related matter.

64.02 Definition of Public Policy-Oriented Activities Other Than Lobbying

The term "other public policy-oriented activities" as used in these *Policies* means the funding or sponsorship by student governments of any program or activity of such governments (other than "lobbying activities" as defined in Section 64.01 of these *Policies*) that involves the communication to a University audience of a student government position (including the supporting rationale for that position) on a student-related matter.

**64.10 Systemwide Pro Rata Refund Requirement for Lobbying Activities**

Any student objecting to a particular lobbying activity of student government (as defined in Section 64.01 of these *Policies*) supported by compulsory campus-based student fees is entitled to a pro rata refund of that portion of his or her fees that went to support the activity. Criteria and procedures for particular campus-based refund mechanisms shall be developed by campuses in consultation with their student governments, and with the Office of the President and the Office of the General Counsel as required, to ensure the compliance of such mechanisms with both these *Policies* and the law. Such criteria and procedures must provide that the availability of pro rata refunds be widely and frequently publicized among students, and that all requests for such refunds by objecting students be processed equitably and expeditiously. (See also Sections 70.83 and 86.13 of these *Policies*.)

**64.20 Pro Rata Refunds for Public Policy-Oriented Activities of Student Governments Other than Lobbying**

In consultation with its student government or governments, a campus may at its discretion establish and administer a mechanism providing for a pro rata refund to any

Page **4** of **8**

University of California PACAOS-60

student of that portion of his or her compulsory campus-based student fees that has been allocated to support a particular public policy-oriented activity of student government other than lobbying (as defined in Section 64.02 of these *Policies*). Campuses are encouraged but not required to consult with the Office of the President and with the Office of General Counsel in the development of criteria and procedures for any such refund mechanism. Such criteria and procedures should provide that the availability of pro rata refunds be widely and frequently publicized among students, and that all requests for such refunds by objecting students be processed equitably and expeditiously. Establishment of such a refund mechanism for the public policy-oriented activities of student governments other than lobbying is not required either as a matter of University policy or the law. (See also Section 86.13 of these *Policies*.)

## 65.00 Sponsorship of Speakers

Compulsory campus-based student fees allocated to student governments and/or voluntary contributions made to student governments may be expended to support speakers sponsored by those governments. The purpose of such support must be to stimulate on-campus discussion and debate on a wide range of issues. Student governments may bring in speakers as part of their public policy-oriented activities consistent with Sections 63.00 and 64.00 of these Policies. In the event that an allocation is made by a student government to sponsor a forum with speakers advocating for or against a candidate for a non-student-government office, or for or against an off-campus ballot proposition, the student government must make a good faith effort to invite a representative of the opposing campaign or campaigns to appear at the same time or, if this opportunity is declined, to appear at another time. (See also Sections 66.00 and 86.34 of these Policies.)

## 66.00 Participation in Non-University Political Campaigns

Consistent with Section 41.10 of these *Policies* and with the *University's Legal Guidelines for UC Participating in Ballot Campaigns*, student governments may not use University resources to support or oppose a particular candidate or ballot proposition in a non-University political campaign. This is not intended to preclude the use of such resources by student governments for legitimate educational purposes related to such non-University campaigns, in which information about competing candidates for government office and/or information about competing viewpoints with respect to particular ballot propositions is provided in a fair and balanced way. (See also Sections 65.00 and 86.34 of these *Policies*.)

## 67.00 Fiscal Soundness and Fiscal Accountability

Chancellors are responsible for the fiscal soundness of student governments, and are responsible in addition for maintaining fiscal accountability over compulsory campus-

Page **5** of **8**

based student fees and voluntary contributions collected from students to support student governments under the University's authority. The allocation and expenditure of all such funds by student governments shall be in accordance with all applicable University policies.

In the discharge of these responsibilities, Chancellors may conduct audits of the finances of student governments, exercise control over expenditures of their funds when and to the extent necessary to maintain the financial solvency of student governments, and where required may take action to ensure that any financial or business activity under the control of student governments is operated in accordance with sound business practices and is consistent with legal requirements and University policies and procedures.

### 67.10 Transfer of Compulsory Campus-Based Student Fees to Non-University Entities

Compulsory campus-based student fees may be expended by a student government to cover the expenses of direct participation by University students in a particular non-University-sponsored educational program or activity. Such fees may also be expended in payment of applicable dues necessary to sustain student government membership in national and other regional non-University associations at the basic level established by such associations, so long as the level of any such assessment is in line with what is assessed similar student organizations at other institutions comparable in size and nature to the University as a requirement of basic membership. Except as provided immediately below, memberships at a preferential level that require the payment of higher periodic dues than what is required to sustain basic membership, or the assessment by such non-University associations of supplemental contributions from their members as an expectation but not a requirement of continued membership, may not be supported from compulsory campus-based student fees.

Other than for considerations of basic membership as set forth above, additional transfers of funds from compulsory campus-based fees by a student government to such non-University associations may be made only when they can be justified, in advance of the transfer, to the Chancellor (or other campus official designated by the Chancellor with administrative oversight over student government) as providing a direct educational benefit to University of California students commensurate with the proposed expenditure.

Compulsory campus-based fees may not otherwise be expended by a student government in support of, or be otherwise transferred to, a non-University organization, program, or activity, except in payment for goods and services directly necessary to the operation of that student government, its programs or activities.

The referendum process set forth in Section 82.00 of these *Policies* shall not be available either to establish a new compulsory campus-based student fee, or to lock in

Page **6** of **8**

**University of California PACAOS-60**

an increase to an existing such fee, that is earmarked for the purpose of providing direct support to any non-University organization, program, or activity. (See also Sections 70.90 and 87.00 of these *Policies.*)

## IV.    COMPLIANCE / RESPONSIBILITIES

Chancellors shall adopt campus implementing regulations consistent with these *Policies*. The University shall publish these *Policies* and make them widely available, and Chancellors shall do the same with respect to the implementing regulations for their campuses. This requirement may be satisfied through the on-line publication of these *Policies* and their respective campus implementing regulations. (See also Section 13.20 of these *Policies.*)

## V.    PROCEDURES

The President shall consult as appropriate with Chancellors, Vice Presidents, the Office of the General Counsel, and Universitywide advisory committees prior to amending these *Policies*. Chancellors shall consult with faculty, students, and staff prior to submitting to the President any campus recommendations related to proposed amendments to these *Policies*. Amendments that are specifically mandated by law, however, do not require consultation with campus representatives or Universitywide advisory committees to the extent that legal requirements do not permit such consultation. (See also Section 13.10 of these *Policies.*)

Chancellors shall consult with students (including student governments), faculty, and staff in the development or revision of campus implementing regulations except when the development or revision of such regulations results from changes to these *Policies* that have been specifically mandated by law. Campuses shall specify procedures, including consultation processes, by which campus implementing regulations may be developed or revised. (See also Section 13.30 of these *Policies.*)

Prior to their adoption, all proposed campus implementing regulations, including all substantive modifications to existing such regulations, shall be submitted to the Office of the President for review, in consultation with the Office of the General Counsel, for consistency with these *Policies* and the law. (See also Section 13.40 of these *Policies.*)

## VI.    RELATED INFORMATION

See also *Policies Applying to Campus Activities, Organizations and Students* sections:

10.00          Preamble and General Provisions

11.00          Authority

**University of California PACAOS-60**

12.00        Applicability

13.00        Development and Review of Universitywide Policies and Campus
             Implementing Regulations

14.00        Definitions

## VII.   FREQUENTLY ASKED QUESTIONS

Not applicable

## VIII.   REVISION HISTORY

Original issuance September 1, 1970
Revised October 29, 1973
Revised July 21, 1978
        Effective January 3, 1979
Revised October 31, 1983
Revised August 15, 1994
Revised July 28, 2004
Reformatted June 1, 2012 into the standard University of California policy template

Case 3:16-cv-01296-BLM     Document 25-1     Filed 11/15/16     PageID.426     Page 10 of 74



# Board of Regents

Search

About
  Committees
  Members and Advisors
  Officers
Upcoming Meetings
  Past Meetings
  Public Comment
Minutes
Governance
  Bylaws
  Standing Orders
  Regents Policies
Contact
Home

## Regents Policy 3301: Policy on Associated Students

**Related Resources**

Back to Regents Policies index

*Approved May 19, 1972*

1. The Regents reaffirms that the Associated Students on the several campuses of the University are official units of the University exercising authorities concerning student affairs by delegations from The Regents, the President, and the Chancellors; and

2. The President is authorized to continue to take all administrative action which is necessary or appropriate to treat the Associated Students and all of their activities as integral parts of the University, including, in particular, steps necessary to secure exemption from taxes on property administered by the Associated Students and from government permits and fees for their activities, and actions to confirm that employees of the Associated Students are employees of the University.

**Approved June 17, 1977:**

As an exception to The Regents' policy adopted on May 19, 1972, concerning the status of the Associated Students of the several campuses of the University, the President of the University is authorized to execute an agreement with the Berkeley campus Associated Students of the University of California (ASUC) which would recognize the Berkeley campus ASUC as an independent, nonprofit, unincorporated association and would provide for its operation, either directly or through contractors, of certain services, activities, and facilities on the Berkeley campus, including the student union building, the ASUC Bookstore and Bear's Lair Restaurant, selected vending machine operations, and the Cal-ASUC Box Office.

**University of California | Office of the President | Academic Senate**

© Regents of the University of California | Terms of use



9



# UNIVERSITY OF CALIFORNIA

# Board of Regents

Search

About

Members and Advisors
Officers
Committees

Upcoming Meetings

Past Meetings
Public Comment

Minutes

Governance

Bylaws

Committee Charters

Standing Orders

Regents Policies

Contact

Home

## Regents Policy 3302: Policy on Student Body Fees

*Approved May 15, 1992*

The Regents shall levy and collect a student body fee whenever requested to do so by at least a majority vote of the student body concerned, provided satisfactory arrangements are made for the participation by the Regents in the financial direction of the affairs of said student body so as to safeguard the use of the funds collected.

### Related Resources

Back to Regents Policies index

**University of California | Office of the President | Academic Senate**

© Regents of the University of California | Terms of use



open in browser PRO version   Are you a developer? Try out the HTML to PDF API   pdfcrowd.com

**University of California Policy PACAOS-80**



# Policies Applying to Campus Activities, Organizations and Students (PACAOS)

## 80.00 POLICY ON COMPULSORY CAMPUS-BASED STUDENT FEES

| | |
|---|---|
| **Responsible Officer:** | VP - Student Affairs |
| **Responsible Office:** | SA - Student Affairs |
| **Issuance  Date:** | 3/22/2007 |
| **Effective Date:** | 3/22/2007 |
| **Scope:** | For all pertinent activities involving University students, employees, and properties, the *Policies Applying to Campus Activities, Organizations and Students* apply to the Division of Agriculture and Natural Resources and to the Department of Energy Laboratories operated by the University of California, subject to Laboratory implementing regulations and contractual obligations between The Regents and the Department of Energy. |

| | |
|---|---|
| **Contact:** | Eric Heng |
| **Email:** | Eric.Heng@ucop.edu |
| **Phone #:** | (510) 987-0239 |

---

## I.    POLICY SUMMARY

The *Policies Applying to Campus Activities, Organizations and Students* are a compendium of University-wide policies relating to student life.  Section 80.00 describes the University's policy on compulsory campus-based student fees.

---

## II.    DEFINITIONS

Definitions for the *Policies Applying to Campus Activities, Organizations and Students*, and the campus implementing regulations adopted pursuant to them, are provided in Section 14.00.

## III.   POLICY TEXT

## 80.00 POLICY ON COMPULSORY CAMPUS-BASED STUDENT FEES

The Regents have authority to impose fees for any University purpose. All campus-based student fees at a campus must be approved by the Chancellor of that campus, except that no compulsory campus-based fees shall be effective until also approved either by The Regents or by the President under the President's delegated authority, as appropriate.

**81.00 Compulsory Campus-Based Student Fees: Definition and Exclusions; Provision for Return-to-Aid**

81.10 Definition and Exclusions

Compulsory campus-based student fees are fees levied at individual campuses that must be paid by all registered students to whom the fee applies. Such fees may be used to fund: (1) student-related services and programs, including, but not limited to, referenda-based student health insurance programs; (2) construction and renovation of student buildings and other facilities such as student centers and recreation facilities; and (3) authorized student governments (as defined in Section 61.00 of the Policy on Student Governments), Registered Campus Organizations, and student government- and Registered Campus Organization-related programs, events, and other activities.

This *Policy* does not apply to Universitywide fees, to non-referendum-based campus health insurance fees that may be assessed to meet a non-academic condition of enrollment established by either The Regents or the President, to fees related to instruction, or to campus-based miscellaneous fees that require either the Chancellor's or the President's approval.

81.20 Provision for Return-to-Aid

Effective from the date of final issuance of this *Policy* as revised on April 14, 2006, any compulsory campus-based student fee approved as either a new fee or an increase to an existing fee shall provide for fee revenue for local need-based financial aid ("return-to-aid") to be set aside in an amount equal to at least 25% of the total new fee or fee increase as appropriate. The return-to-aid generated by undergraduate students shall be reserved for undergraduate student financial support and the return-to-aid generated by graduate and professional students shall be reserved for graduate and professional student financial support.

Campuses also are strongly encouraged to seek future student approval, through the referendum process, of either separate new fees or increases to existing fees that would provide financial aid to cover the need associated with all existing compulsory campus-based student fees that do not already include return-to-aid as of the date of

**University of California Policy PACAOS-80**

final issuance of this *Policy* as revised on April 14, 2006, and that are thus exempt from the new return-to-aid requirement.

Any campus-based fee (whether referendum-based or non-referendum-based) that is charged to a student as a premium to purchase health insurance for that student shall be exempt from any return-to-aid requirement. This exemption shall not extend to campus-based fees that have been approved by students through the referendum process for the purpose of providing direct support to campus student health centers.

**82.00 Referendum Requirement for Establishing, Increasing, or Renewing Compulsory Campus-Based Student Fees**

Compulsory campus-based student fees may only be established, increased, or renewed following a referendum in which students vote in favor of the compulsory fees, except as provided in Section 83.00 of these *Policies*.

**83.00 Exceptions to the Referendum Requirement**

83.10

A new compulsory campus-based student fee, or an increase to or renewal of an existing such fee, may be approved by The Regents subject to the President's and the Chancellor's recommendation, and does not require a student referendum, under any of the following circumstances:

83.11

When a student referendum was not specifically required for increases in a compulsory campus-based student fee, as established in the original ballot measure language approved by students in a student election;

83.12

When the Chancellor determines that a new fee, or an increase to or renewal of an existing fee, is necessary for the health and safety of students, and when that fee or fee increase or renewal is specifically related to the maintenance of the safety of a building or other facility that is funded, wholly or in significant part (as determined by the Chancellor with the concurrence of the Office of the President) by student fees. Safety issues are those that are potentially dangerous consistent with the standards set forth in the *University Policy on Seismic Safety* and the *University Policy on Management of Health, Safety, and the Environment,* as determined by the Chancellor with the concurrence of the Office of the President, such as those that relate to the risk of fire, the presence of asbestos, or the existence of seismic or other structural deficits.

**University of California Policy PACAOS-80**

Any new fee, or any increase to or renewal of an existing fee, established under the provisions of this Section shall be retired once the fee's stated purpose is fulfilled. Upon the recommendation of the President, the Chancellor may petition The Regents for continuation of any such new fee, fee increase, or fee renewal in advance of its retirement.

For buildings or other facilities with multiple uses, whenever possible the costs to students for funding safety-related or health-related maintenance should be based on the proportion of current non-academic student use of the building or other facility; or

83.13

When a new fee, or an increase to or renewal of an existing fee, is necessary to meet legal requirements (such as new code requirements) or contractual obligations (such as income projections) specified in the funding covenants of a building or other facility that is funded wholly or in significant part by student fees. For buildings or other facilities with multiple uses, whenever possible the costs to students for such increases should be based on the proportion of current non-academic student use of the building or other facility.

**84.00 Procedures and Required Approvals for Establishing, Increasing, or Renewing a Compulsory Campus-Based Student Fee**

84.10

Except as provided in Section 83.00 of these *Policies*, to establish, increase, or renew a compulsory campus-based student fee Chancellors shall establish in campus implementing regulations, prior to any student referendum, procedures that meet at least the following minimum systemwide standards for such referenda:

84.11

Procedures for student consultation including consultation with student governments and campus student fee committees and, in the case of compulsory campus-based-student-fee funded buildings or other facilities, procedures for continuing student consultation once the building or other facility is constructed;

84.12

A requirement for a minimum voting pool of at least 20% of all students eligible to vote in a particular student election, subject to the following:

**University of California Policy PACAOS-80**

    a.  Chancellor may, in exceptional circumstances and on a case-by-case basis, petition the President in advance of a particular student election for approval of a lower minimum voting pool requirement for that election;

    b.  for any ballot measure in support of a non-capital-project-related campus program, where voter eligibility is limited to graduate and/or professional students, a Chancellor may set the minimum voting pool, for that ballot measure only, at a lower level (based on historical graduate and professional student voter turnout rates for the campus), without petitioning the President in advance for approval;

<u>84.13</u>

A requirement for at least majority-vote approval by students voting on a particular ballot measure, for that ballot measure to be successful;

<u>84.14</u>

A requirement that each proposed new compulsory campus-based fee, or proposed increase to or renewal of any existing such fee, (except as specified in Section 83.00 of this *Policy* above) be voted on by students as a separate ballot measure in a student election, except that multiple proposed new such fees or fee increases or renewals may be aggregated into a single ballot measure where the proposed fees or fee increases or renewals strongly and clearly support a common student life, student services, or other programmatically related goal;

<u>84.15</u>

A requirement that the actual language of any ballot measure in a student election that is intended to fund either construction of a new building or other facility, or major renovation of an existing building or other facility, explicitly state:

    1.  whether the fee will be continued following retirement of the original debt on the new construction or major renovation, and

    2.  if the fee is to be continued, the purpose or purposes for which the fee will be used, as well as the mechanism that will be used to determine the level at which the fee will be set, following retirement of the original debt (please note that, as a general principle, campuses are encouraged to continue such fees at an appropriately adjusted level following retirement of the original debt, to provide for the actual costs associated with long-term building or other facility maintenance needs); and

84.16

A requirement that payment by students of compulsory campus-based student fees to support student-referendum-funded construction of new buildings or other facilities, or major renovation of existing buildings or other facilities, be initiated only from the time that students can actually benefit from and use the new or renovated building or other facility, except as specified immediately below.

Notwithstanding this requirement, a campus may assess students a pro rata percentage of any such fee in advance of completion of the new or renovated building or other facility for the purpose of supporting the design and planning costs, project mitigations, and financing costs associated with construction or renovation of the building or other facility, provided that both the purpose and level of this assessment are approved by students as part of the original ballot measure for the new or renovated building or other facility.

**84.20**

All student referendum results are advisory to the Chancellor and, conditional on the Chancellor's recommendation, are subject to final approval by the President under the authority delegated to the President by The Regents.

**85.00 Requirements For Reducing or Eliminating a Compulsory Campus-Based Student Fee**

Chancellors shall establish in campus regulations procedures for reducing or eliminating a compulsory campus-based student fee.

**86.00 Support for Registered Campus Organizations and Related Programs and Activities from Compulsory Campus-Based Student Fees [replaces the University of California Guidelines for Funding Registered Campus Organizations and Related Programmatic Activities by Compulsory Student Fees, as revised October 26, 1999]**

86.10 Conditions for Support

Compulsory campus-based student fees allocated to student government may be reallocated to support Registered Campus Organizations and Registered Campus Organization-related programs and activities consistent with the University's educational purposes in providing such support, as set forth in Section 86.20 of these *Policies*. The process for making such reallocations must be based solely on viewpoint-neutral criteria, as set forth in Section 86.30 of these *Policies*.

86.11

A Registered Campus Organization that is preponderantly or exclusively funded by a student government or other campus entity from compulsory campus-based student fees shall primarily have University of California students as its members. Particular programs and activities of a Registered Campus Organization funded from compulsory campus-based student fees shall be open to participation by the entire campus community. In addition, all expenditures relating to particular programs and activities of a Registered Campus Organization (whether the program or activity takes place on- or off-campus) that are funded from such fees must be under the direct control of University of California students. (See also Section 70.20 of these *Policies*.)

86.12

The referendum process set forth in Section 82.00 of these *Policies* shall not be accessible to a Registered Campus Organization or any student group other than a student government. The foregoing is not intended to preclude access to the referendum process by any administrative unit of the University, subject to appropriate student consultation. Support for a Registered Campus Organization or any student group other than a student government from compulsory campus-based student fees must be in the form of a reallocation from student government or other appropriate campus entity to the Registered Campus Organization or other student group. All such reallocations must be made consistent with the requirements for viewpoint-neutral funding set forth in Section 86.20 and 86.30 of these *Policies*. (See also Section 70.81 of these *Policies*.)

86.13

A student government in consultation with the campus, or a campus with the concurrence of the student government, may at its discretion establish and administer a mechanism providing for a pro rata refund to any student of that portion of his or her student government fees that are allocated by a student government or other campus entity to support a particular Registered Campus Organization or Registered Campus Organization-related program or activity. Establishment of such a refund mechanism is not required either as a matter of University policy or the law. (See also Section 70.83 of these *Policies*.)

**86.20 The University's Educational Purposes**

The University's educational purposes are served when reallocations by a student government or other campus entity of compulsory campus-based student fees to support Registered Campus Organizations and Registered Campus Organization-related programs and activities are made: (1) to provide opportunities for the educational benefits and personal and social enrichment that derive from participation in

University of California Policy PACAOS-80

extracurricular programs and activities; and (2) to stimulate on-campus discussion and debate on a wide range of issues from a variety of viewpoints.

Consistent with the above purposes, such reallocations shall only be made to support either the general organizational expenses of Registered Campus Organizations and Registered Campus Organization-related programs and activities or their associated communicative purposes.

In addition, allocation decisions to provide such support must be made without regard to the viewpoint of a particular Registered Campus Organization or Registered Campus Organization-related program or activity, and must be balanced in relation to the support provided to other Registered Campus Organizations or Registered Campus Organization-related programs and activities in similar circumstances.

## 86.30 Campus Procedures and Criteria to Assure Viewpoint Neutrality

In fulfilling these purposes consistent with applicable law and Section 86.20 of these *Policies*, campuses shall have responsibility for ensuring that student governments and, as applicable, other campus reallocation entities, maintain procedures and criteria for making specific reallocation decisions for the support of Registered Campus Organizations and Registered Campus Organization-related programs and activities from compulsory campus-based student fees. Such procedures and criteria must be viewpoint-neutral in their nature; that is, they must be based upon considerations which do not include approval or disapproval of the viewpoint of the Registered Campus Organization or any of its related programs or activities.

86.31

Criteria appropriate to be given balanced consideration in the making of viewpoint-neutral reallocation decisions might include, but are not limited to: the objectively documented organizational needs of the Registered Campus Organization based on membership size; its office or equipment requirements; the extent of financial support the Registered Campus Organization receives from other sources; or the production costs associated with a particular event or series of events the Registered Campus Organization typically sponsors. Such sponsored events supported in whole or in part by compulsory campus-based student fees need not avoid controversial political, religious, or ideological content, subject to the understanding that under current University policy (see Section 30.20 of the *Policy on Speech and Advocacy*) campuses have a responsibility to assure an ongoing opportunity for the expression of a variety of viewpoints.

86.32

Campus procedures and criteria shall provide: (a) that student governments or other campus entities responsible for reallocating compulsory campus-based student fees

**University of California Policy PACAOS-80**

must publicize widely and regularly to Registered Campus Organizations the availability of such funds to support Registered Campus Organizations on a viewpoint-neutral basis, as well as the viewpoint-neutral criteria on the basis of which such funds will be reallocated; and (b) that communications to Registered Campus Organizations on the availability of such funds must be made in a timely fashion, and be reiterated periodically during the year as long as such funds remain available, to ensure sufficient time for the preparation of funding proposals in advance of funding decisions.

86.33

Campus criteria and procedures shall also provide for: (a) documentation of all funding processes available to Registered Campus Organizations, including notice of the opportunity to apply for funding and the criteria upon which funding requests will be judged, consistent with Section 86.32 of these *Policies*; (b) documentation of all funding requests by Registered Campus Organizations and actions taken by the student government or other campus entity with reference to the published funding criteria in response to such requests; and (c) a formal process that allows Registered Campus Organizations or individual students to appeal, in a reasonable and timely manner, funding decisions regarding particular Registered Campus Organizations or Registered Campus Organization-related programs and activities made by the student government or other campus reallocating entity.

86.34

Compulsory campus-based student fees may be reallocated to pay for speakers sponsored by Registered Campus Organizations. Over time, such events should stimulate on-campus discussion and debate from a wide range of viewpoints on a variety of issues.

**86.40 Legal Review of Campus Procedures and Criteria**

Campus procedures and criteria for reallocation of compulsory campus-based student fees to support Registered Campus Organizations and Registered Campus Organization-related programs and activities on a viewpoint-neutral basis must be reviewed by the Office of the General Counsel to ensure that the procedures and criteria are consistent with the law and these Policies. In addition, campuses are advised to consult with the Office of the General Counsel should a question arise about whether a particular reallocation is viewpoint-neutral in nature and meets the University's educational purposes as specified in Section 86.20 of these *Policies*.

**87.00 Transfer of Compulsory Campus-Based Student Fees to Non- University Entities**

Compulsory campus-based student fees may be expended by a student government, Registered Campus Organization, or other campus entity to cover the expenses of direct participation by University students in a particular non-University-sponsored educational program or activity. Such fees may also be expended in payment of applicable dues necessary to sustain membership by a student government or Registered Campus Organization in national and other regional non-University associations at the basic level established by such associations, so long as the level of any such assessment is in line with what is assessed similar student organizations at other institutions comparable in size and nature to the University as a requirement of basic membership. Except as provided immediately below, memberships at a preferential level that require the payment of higher periodic dues than what is required to sustain basic membership, or the assessment by such non-University associations of supplemental contributions from their members as an expectation but not a requirement of continued membership, may not be supported from compulsory campus-based student fees.

Other than for considerations of basic membership as set forth above, additional transfers of funds from compulsory campus-based fees by a student government, Registered Campus Organization, or other campus entity to such non-University associations may be made only when they can be justified, in advance of the transfer, to the Chancellor (or other campus official designated by the Chancellor with administrative oversight over the student government, Registered Campus Organization, or other campus entity) as providing a direct educational benefit to University of California students commensurate with the proposed expenditure.

Compulsory campus-based student fees may not otherwise be expended by a student government, Registered Campus Organization, or other campus entity in support of, or be otherwise transferred to, a non-University organization, program, or activity, except in payment for goods and services directly necessary to the operation of that student government, Registered Campus Organization, or other campus entity, its programs or activities.

The referendum process set forth in Section 82.00 of these *Policies* shall not be available either to establish a new compulsory campus-based student fee, or to lock in an increase to an existing such fee, for the purpose of supporting any non-University organization, program, or activity. (See also Sections 67.10 and 70.90 of these *Policies*.)

## IV.    COMPLIANCE / RESPONSIBILITIES

Chancellors shall adopt campus implementing regulations consistent with these *Policies*. The University shall publish these *Policies* and make them widely

**University of California Policy PACAOS-80**

available, and Chancellors shall do the same with respect to the implementing regulations for their campuses. This requirement may be satisfied through the on-line publication of these *Policies* and their respective campus implementing regulations. (See also Section 13.20 of these *Policies.*)

## V.    PROCEDURES

The President shall consult as appropriate with Chancellors, Vice Presidents, the Office of the General Counsel, and Universitywide advisory committees prior to amending these *Policies*. Chancellors shall consult with faculty, students, and staff prior to submitting to the President any campus recommendations related to proposed amendments to these *Policies*. Amendments that are specifically mandated by law, however, do not require consultation with campus representatives or Universitywide advisory committees to the extent that legal requirements do not permit such consultation. (See also Section 13.10 of these *Policies.*)

Chancellors shall consult with students (including student governments), faculty, and staff in the development or revision of campus implementing regulations except when the development or revision of such regulations results from changes to these *Policies* that have been specifically mandated by law. Campuses shall specify procedures, including consultation processes, by which campus implementing regulations may be developed or revised. (See also Section 13.30 of these *Policies.*)

Prior to their adoption, all proposed campus implementing regulations, including all substantive modifications to existing such regulations, shall be submitted to the Office of the President for review, in consultation with the Office of the General Counsel, for consistency with these *Policies* and the law. (See also Section 13.40 of these *Policies.*)

## VI.    RELATED INFORMATION

See also *Policies Applying to Campus Activities, Organizations and Students* sections:

10.00        Preamble and General Provisions

11.00        Authority

12.00        Applicability

13.00        Development and Review of Universitywide Policies and Campus Implementing Regulations

14.00        Definitions

**University of California Policy PACAOS-80**

## VII.   FREQUENTLY ASKED QUESTIONS

Not applicable

## VIII.   REVISION HISTORY

Original issuance September 1, 1970
Revised October 29, 1973
Revised July 21, 1978
          Effective January 3, 1979
Revised October 31, 1983
Revised August 15, 1994
Revised July 28, 2004
Revised March 22, 2007 (Revision made to Section 84.12)
Reformatted June 1, 2012 into the standard University of California policy template

**ASSOCIATED STUDENTS**

# FUNDING
## GUIDE  2015-2016

as.ucsd.edu



74

# TABLE
## OF CONTENTS

**2** INTRODUCTION:
- Associated Students Mission, Event Funding Timeline, Banned Items

**6** Programming Funds
- Funding Caps, PEEFs, Funding Requests, Appeals, Quarterly Caps
- Price Estimates & Room Confirmations
- Food/Beverages
- Funding Restrictions: Admission Fees, Philanthropic Events
- Event Planning: TAPs, BBQ Rental, Performance Agreements, Rescheduling

**12** Operating Funds
- Procedures, Deadlines, Restrictions

**13** Tournament and Competition Funding
- Procedures, Deadlines, Restrictions

**15** Annual Event Funding

**15** Media Funding
- Definitions
- Appeals
- Qualifications
- Rules for Publication

**18** Interest-Free Programming Loans (IFPLs)
- Funding Restrictions, Repayment Timeline
- Enforcement

**19** A.S. Grants

**20** The Green Initiative Fund

**21** Contact Information
- Center for Student Involvement (CSI)
- University Centers (UCEN), A.S. Graphic Studio (ASGS)
- Student Organization Funding Advisory Board (SOFAB), Finance Committee
- Student Life Business Office (SLBO), Reimbursements
- Addenda

**24** Glossary

**26-27** Other On-Campus Resources/Final Words from A.S.

# Welcome

to the 2015-2016 Associated Students (A.S.) Funding Guide, your informational source for most of your student organization funding needs for the coming year.

To promote the equitable allocation of student fees and sustainable growth of student organizations, the A.S. Office of Financial Affairs has adopted funding principles to review requests for the upcoming year. Organizations requesting any type of funding from A.S. meet AT LEAST one of the following goals in order to have their event, publication, etc. considered for funding.

- **Appeals to a wide audience of undergraduate students**
- **Works to advance student interests**
- **Furthers student wellness**
- **Encourages collaboration between on-campus groups and individuals**
- **Educates through positive learning outcomes**
- **Contributes to the UC San Diego community**
- **Develops leadership and communication skills**

This guide pertains to funding specifically for **CSI-registered student organizations**. In order to receive A.S. funds, organizations must fulfill the following requirements:

- **Principal membership must be completely composed of undergraduate students**
- **The organization must be registered with the Center for Student Involvement (CSI)**
- **Event must relate to the student organization's mission statement**

24

STOP

# BEFORE YOU CONTINUE, HERE IS A LIST OF ITEMS A.S. WILL NOT FUND:

- Events that charge admission fees to any individual (all UCSD students, general public, university staff, etc.)
- Alcohol, alcoholic beverage service, or controlled substances
- Stamps and postage
- Parking permits and reserved spaces (Note: A.S. will fund parking lots used as an event space)
- Payment of fines, violations, or late fees
- Flammable items (ex. candles, propane)
- Purchase or rental of firearms
- Raffle tickets and prizes
- Association/membership fees
- Travel costs (except tournament and competition events)
- Gifts and giveaways
- Services or labor provided by any UCSD student
- Services or labor provided by any UCSD student organization at an event being hosted/co-hosted by the same organization
- Prizes and other items perceived as items for student's personal gain/use
- The purchase of permanent items
- Apparel
- Non-reusable Water Bottles
- Flowers
- Scholarships or direct monetary donations
- Items deemed hazardous by UCSD Risk Management
- Gas reimbursements/ rental vehicles driven by students (see the Tournament and Competition Funding section for details)
- Off-Campus Events
- Third party legal and financial services
- Certain non-essential services or items
- Website hosting
- Birch Aquarium Admission fees or any events occurring at the Birch Aquarium
- UCSD Challenge Course fees or any events occurring at the UCSD Challenge Course
- Any events occurring at the UCSD Hillcrest Medical Campus
- Any events held at a UCSD property or location where uninformed undergraduate foot traffic could not easily access the event.
- Any expedited shipping fees (ex. next day air, Priority Mail Express, etc.)
- Any "rush" fees charged by vendors (ex. rush printing fees, etc.)
- Travel and lodging fees for event speakers, performers, etc.
- Any non-listed item that violates university policy

# APPEALS

Should you be dissatisfied with your allocated amount, you may be eligible to appeal the funding decision. Only Programming Funding Requests and Media Funding Requests are eligible to be appealed. Please see the respective section for appeal information. E-mail avpstudentorgs@ucsd.edu with any questions.



## TO HOST A SUCCESSFUL EVENT, PLEASE FOLLOW THESE STEPS AND USE THE HELPFUL CALENDAR GUIDE BELOW.

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|

**5 WEEKS PRIOR**
STEP ① Apply for Funding from A.S. • At Least 5 Weeks Prior to Event
STEP ② Receive Funding Confirmation • See Programming Deadlines
STEP ③ Begin TAP Process • No less than 21 Days Prior to Event

**4 WEEKS PRIOR**
TAP Process
STEP ④ Finalize TAP Process • No Later than 14 days Prior to Event

**3 WEEKS PRIOR**
TAP Process
Finalize TAP Process

**2 WEEKS PRIOR**
Complete TAP Process

**1 WEEK PRIOR**

**WEEK OF EVENT**
STEP ⑤ HOST YOUR EVENT
DAY OF EVENT!

**1 WEEK AFTER**
STEP ⑥ Submit Reimbursement Requests to SLBO • No later than 14 Days Following Event
STEP ⑦ Return Post-Event Evaluation Form (PEEF) • Within 21 Days Following Event

**2 WEEKS AFTER**
Please allow a minimum of 3 Weeks for Processing • Expect a longer turnaround at the end of the school year

**3 WEEKS AFTER**

*Due to the academic schedule, actual application deadlines may be earlier than 5 weeks prior to the event. Please see the programming deadlines chart for specific due dates.*

# PROGRAMMING DEADLINES

|  | FOR EVENTS ON OR AFTER: | APPLY FOR FUNDING NO LATER THAN: | IN ORDER TO BE ON THE ORDER OF BUSINESS: | YOU WILL BE NOTIFIED OF YOUR REQUEST STATUS BY: |
|---|---|---|---|---|
| **FALL 2015** | Mon, NOV 2, 2015 | Fri, SEP 25, 2015 @11:30am | Wed, SEP 30, 2015 | Sat, OCT 10, 2015 |
| | Mon, NOV 9, 2015 | Fri, OCT 2, 2015 @11:30am | Wed, OCT 7, 2015 | Sat, OCT 17, 2015 |
| | Mon, NOV 16, 2015 | Fri, OCT 9, 2015 @11:30am | Wed, OCT 14, 2015 | Sat, OCT 24, 2015 |
| | Mon, NOV 23, 2015 | Fri, OCT 16, 2015 @11:30am | Wed, OCT 21, 2015 | Sat, OCT 31, 2015 |
| | Mon, NOV 30, 2015 | Fri, OCT 23, 2015 @11:30am | Wed, OCT 28, 2015 | Sat, NOV 7, 2015 |
| | Mon, 12/7/15 to Sat, 12/12/15 | Fri, OCT 30, 2015 @11:30am | Wed, NOV 4, 2015 | Sat, NOV 14, 2015 |
| | No A.S. funding for events on Sun, December 13, 2015 to Sunday Jan 3, 2015 due to Winter Break | | | |
| | Mon, 1/4/16 to Sat, 2/1/16 | Fri, NOV 27, 2015 @11:30am | Wed, DEC 2, 2015 | Sat, DEC 12, 2015 |
| **WINTER 2016** | Mon, FEB 8, 2016 | Fri, JAN 1, 2016 @11:30am | Wed, JAN 6, 2016 | Sat, JAN 16, 2016 |
| | Mon, FEB 15, 2016 | Fri, JAN 8, 2016 @11:30am | Wed, JAN 13, 2016 | Sat, JAN 23, 2016 |
| | Mon, FEB 22, 2016 | Fri, JAN 15, 2016 @11:30am | Wed, JAN 20, 2016 | Sat, JAN 30, 2016 |
| | Mon, FEB 29, 2016 | Fri, JAN 22, 2016 @11:30am | Wed, JAN 27, 2016 | Sat, FEB 6, 2016 |
| | Mon, MAR 7, 2016 | Fri, JAN 29, 2016 @11:30am | Wed, FEB 3, 2016 | Sat, FEB 13, 2016 |
| | Mon, 3/14/16 to Sat, 3/19/16 | Fri, FEB 5, 2016 @11:30am | Wed, FEB 10, 2016 | Sat, FEB 20, 2016 |
| | No A.S. funding for events on Sun, March 20, 2016 to Sunday March 27, 2016 due to Spring Break | | | |
| | Mon, MAR 28, 2016 | Fri, FEB 19, 2016 @11:30am | Wed, FEB 24, 2016 | Sat, MAR 5, 2016 |
| | Mon, APR 4, 2016 | Fri, FEB 26, 2016 @11:30am | Wed, MAR 2, 2016 | Sat, MAR 12, 2016 |
| | Mon, 4/11/16 to Mon, 4/25/16 | Fri, MAR 4, 2016 @11:30am | Wed, MAR 9, 2016 | Sat, MAR 19, 2016 |
| **SPRING 2017** | Mon, MAY 2, 2016 | Fri, MAR 25, 2016 @11:30am | Wed, MAR 30, 2016 | Sat, APR 9, 2016 |
| | Mon, MAY 9, 2016 | Fri, APR 1, 2016 @11:30am | Wed, APR 6, 2016 | Sat, APR 16, 2016 |
| | Mon, MAY 16, 2016 | Fri, APR 8, 2016 @11:30am | Wed, APR 13, 2016 | Sat, APR 23, 2016 |
| | Mon, MAY 23, 2016 | Fri, APR 15, 2016 @11:30am | Wed, APR 20, 2016 | Sat, APR 30, 2016 |
| | Mon, MAY 30, 2016 | Fri, APR 22, 2016 @11:30am | Wed, APR 27, 2016 | Sat, MAY 7, 2016 |
| | Mon, JUN 6, 2016 | Fri, APR 29, 2016 @11:30am | Wed, MAY 4, 2016 | Sat, MAY 14, 2016 |
| | No A.S. funding for events on Sat, June 11, 2016 to Sun, September 18, 2016 due to Summer Vacation | | | |
| | Mon, 9/19/16 to Mon, 10/24/16 | Fri, MAY 27, 2016 @11:30am | Wed, JUN 1, 2016 | Sat, JUN 11, 2016 |

*\*Funding request application must be submitted no later than 11:30am on the specified date.*

*\*\*For events in the first 5 weeks of Fall 2016, the funding request must be submitted no later than 11:30am on Friday, May 27, 2016.*

*Events occurring on and after Fall 2016 week 6 can apply for A.S. funding beginning Fall 2016 during week 0.* 5

27

## TYPES OF FUNDING

There are SEVEN types of funding that can be requested from the Associated Students; **Programming funds, Operating funds, Tournament and Competition funds, Annual Event funds, Media funds, and Interest-Free Programming Loans (IFPLs), and A.S. Grants**. The following guidelines will be used by Associated Students to determine funding for on-campus events.

## TYPE 1: **PROGRAMMING FUNDS**

Programming funds are granted for events that are open to the entire undergraduate student body at UCSD. Some examples of events that have received programming funds include concerts, speakers, and culture shows.

To promote efficient allocation of student fees, A.S. has created guidelines through a tiered system (referred to as "bracket caps") based on event attendance. The structure is as follows: (based on averages of overall funding requests from 2011-2014)

| FOR EVENTS WITH... | STUDENT ORGS CAN REQUEST UP TO... |
|---|---|
| 1-25 expected attendance* | $150 |
| 26-50 expected attendance* | $450 |
| 51-150 expected attendance* | $900 |
| 151-350 expected attendance* | $2,700 |
| 351-500 expected attendance* | $4,500 |
| 501+ expected attendance* | $4,500 + $8.00 per attendee above 500 up to a MAX of $8000 |

*"Expected attendance" number must be based on undergraduate UCSD students ONLY. A.S. only provides funding for undergraduate student attendees.*

*Important: student organizations with an event of an expected undergraduate attendance over 150 may be required to include box office counters in their submitted budget request or have a sign-in form present on the event day. Organizations will be notified should attendance verification be required.*

Attendance will be monitored through the collection of post-event evaluation forms (See PEEFs), visitation by the A.S. Office of Student Organizations, and A.S. Office of Financial Affairs. Should a student organization intentionally misrepresent the projected attendance of their event, A.S. funding for the 2015-2016 school year may be jeopardized.

### ADDITIONAL INFORMATION:

A.S. funding is based on UCSD undergraduate expected attendees only. No individual funding request will be approved for more than $8000 (even if the request covers multiple days of expenses). A.S. encourages student organizations to collaborate on events. However, **A.S. disburses funds based on an event's overall attendance**, regardless of the number of student organizations hosting the event. Events receiving Annual Event Funding may not submit a Programming Funds Request. Distribution of printed advertising materials is not considered a separate event from the event that the printed advertising materials are promoting. **Please note that A.S. does not fund events occurring during Winter Break, Spring Break, or Summer Vacation.**

## How to file a Programming Funds request:

- Only registered principal members of undergraduate organizations may submit an A.S. funding request.
- Funding requests must be submitted to A.S. no later than five (5) weeks prior to the event. A.S. does not review requests during finals week or campus breaks. See the Programming Deadlines chart for further information pertaining to exact submission deadlines.
- Visit as.ucsd.edu and hover over the Finance tab. In the drop-down menu that appears, you will see a link that says "Programming". From that option, click the link that reads "Programming Funding Request."
- When filling out the form, ensure that all fields are accurate and complete. The expected attendance number must be an exact number, and not a range. If a range is provided, the lowest number will be used when evaluating the request.
- Be sure to attach all necessary supporting documents. Failure to attach all documents may affect the funding allocation.
- After the review process, you will be notified of the funding decision. You can check the status of a funding request by going to the "Finance" tab on the A.S. website and hovering over the Programming link.
- Review the Electronic Funding Request Submission section located in the Addendum for additional Programming Funds submission information.
- **A.S. may contact a student organization with questions or send a courtesy notice once a funding request has been submitted. Failure to respond to an A.S. e-mail may adversely affect the funding allocation. Funding requests cannot be processed if there are unresolved questions. It is the responsibility of the student organization to properly submit a funding request. A.S. is not responsible for notifying organizations of incorrect funding requests.**

## Programming Funding Request Appeals

- Only one appeal may be submitted for a particular funding request
- E-mail avpstudentorgs@ucsd.edu to obtain a Programming funding Appeal Form.
- Student organizations should attach any supporting documentation with the completed appeal form. If statements in the appeal form cannot be substantiated by the documents submitted with it, it is unlikely that an appeal will be granted.
- **Only items submitted with the appeal form will be considered when the appeal is reviewed**
- **Completed appeal forms and any supporting documents must be filed no later than 30 A.S. working days before the event with the AVP of Student Organizations via e-mail.** A.S. working days exclude weekends, university breaks (Winter, Spring), finals week, summer vacation, and university holidays.
- **Appeals are due at 11:59pm by the aforementioned deadline, regardless of when the request to obtain an appeal form was made.**
- The AVP of Student Organizations will send a confirmation e-mail acknowledging receipt of the completed appeal form within 24 hours of receipt. If you do not receive a confirmation within 24 hours, you must resend the completed documents to the AVP of Student Organizations.
- Student organizations will be notified of the decision of an appeal once its review is complete. Should you wish to check the status of an appeal, please e-mail the AVP of Student Organizations.
- A.S. will not accept any late appeals.
- Appeal forms and supporting documents cannot be modified after the submission deadline has passed.
- Appeals may not be submitted for events that have been postponed from the date stated in the A.S. funding request. An accommodation to this policy may be made for events postponed due to campus emergencies or acts of nature.
- Appeals containing an upward revised expected attendance estimate may only be submitted if an error occurred during the reservation process or if a larger facility has been reserved.
- Appeals will not be considered if the initial submission deadline was missed.
- Appeals are reviewed by the ASUCSD Finance Committee and not the Office of Financial Affairs.    7

## Important notes about programming funds:

### ROOM/SPACE CONFIRMATIONS

- Organizations **must** attach a room confirmation from a university facility in order to receive A.S. funding. The Student Organization Funding Advisory Board (SOFAB) will not be able to process funding requests without a room confirmation.

- An event space must be reserved **prior** to submitting a funding request.  Failure to do so will result in a denial of the funding request.

- Submitting Google Calendar details of an event is not an acceptable room confirmation for A.S. funding purposes.  If a facility uses Google Calendar as confirmations for space reservations, the student organization must submit alternative documentation to A.S.  (i.e. department letterhead, an e-mail containing the information of the facility contact person, etc.).  Alternative documentation must state: the student organization has reserved a room for the event and date stated on the A.S. funding request and that the facility can accommodate the event's expected attendance.

- **Please be aware that it may be difficult to reserve lecture halls and classrooms for student organization use in the first three weeks of any quarter.**  Due to University Policy, the UCSD Registrar's Office must ensure all instruction needs are met before releasing the spaces to student organizations.  To prevent any delays with your funding request, we encourage you to find alternative event spaces (such as in Price Center) during this period.

- **\*\*Please note that A.S. does not fund off campus venues or events.\*\***

- Room/space capacities declared by the Fire Marshal or dictated by common practice to ensure safety must be abided by for any event. Therefore, A.S. will only fund an event up to the room's safe capacity should the expected attendance exceed the room's capacity.

- A.S. will review the room set-up stated on the confirmation and the expected attendance listed on the funding request.  Note that the lowest attendance number provided on either the funding request form, room confirmations, TAP, or price estimates will be used to calculate funding.  Organizations may be contacted should discrepancies arise.

### FOOD AND BEVERAGE ALLOCATIONS:

In order to ensure food and beverage expenses remain in-line with budgeted allowances, A.S. has developed the following formula when allocating funds for such costs:

| EXPECTED EVENT ATTENDANCE: | STUDENT ORGS CAN REQUEST UP TO... | WITH A MAXIMUM FOOD ALLOCATION OF: |
|---|---|---|
| 1-25 undergraduate students* | $5.00 per person | $85.00 per event |
| 26-50 undergraduate students* | $5.00 per person | $180.00 per event |
| 51-150 undergraduate students* | $5.00 per person | $335.00 per event |
| 151-350 undergraduate students* | $5.00 per person | $1,100 per event |
| 351-500 undergraduate students* | $5.00 per person | $1,650 per event |
| 501+ Expected attendance* | $5.00 per person | $2,750 per event |

**\*** Maximum allocation INCLUDES gratuity, tax, and other food/beverage related expenses.

- For example, if your event has an expected attendance of 30, you may not request more than $150 for food and beverage expenses.  If you event has an expected attendance of 45, you may not request more than $180 for food and beverage costs.

- Please note that you will not be reimbursed for any food and beverage costs (including gratuity and tax) that exceed the amount A.S. has allocated for your event.  For example, if your event is allocated $120 for food and beverages, the reimbursement amount (with food, beverages, tax, and gratuity) will not exceed $120.

- Price estimates/quotes must be submitted for food and beverage costs.  **\*See Price Estimates**

- Food and beverage caps are a subset of (**not** an addition to) an event's overall bracket cap.

## QUARTERLY FUNDING CAPS:

In order to ensure equitable access to A.S. funding, the following distribution of programming funds has been developed:

# Fall and Winter Quarter: 58%    Spring Quarter: 42%

- Once funds have been allocated up to the designated percentage, the Office of Financial Affairs reserves the right to deny any subsequent funding requests.  Requests are funded in the order they are submitted.
- The Fall and Winter Quarter cap applies to all events on and after Fall Week 6 up to and including events during Winter Quarter Finals Week.
- Any unused funds from Fall and Winter quarter will be transferred to Spring Quarter.

## PRICE ESTIMATES/QUOTES:

- **A.S. requires that pricing information for all items and services be submitted within a Programming Funding request.  Funding will not be allocated to any item or service lacking vendor documentation of price estimates.**
- A "price estimate" is a written agreement, document, or a declaration of price from a vendor stating the cost of a good or service.  Price estimates should be detailed as they outline the specific goods and services that are being obtained.
- Price estimates must be expressed in U.S. currency.
- For example, a valid price estimate would state "2-Large pizzas from XYZ Pizzeria @ 5.99 each." Additionally, a screen shot of the vendor's website showing the price of large pizzas would also be included.  Simply stating "Food- $100" is **not a valid price estimate.**
- Acceptable forms of a price estimates include, but are not limited to: an email invoice from a vendor, a formal document from a vendor, or photos of item/service prices from in-store or online menus.
- While A.S. requires price estimates to be attached to any applicable funding request, student organizations SHOULD NOT SIGN A CONTRACT UNDER ANY CIRCUMSTANCES
- Please remember to attach ALL price estimates to the event's funding request.
- A.S. may deny the entire funding request if it is determined during SOFAB review that a majority of the event's price estimates are missing (the "majority criterion").

## ADMISSION FEES AND SALE OF ITEMS/SERVICES:

- **Per UC policy, A.S. cannot fund events that charge admission fees to undergraduate students in any form.  Examples of admission fees include, but are not limited to: tickets for presale, guaranteed entry, or priority entry.**
- **Student organizations may not collect a mandatory admission fee from any event attendees (including the general public)**.  Further, attendees cannot feel obligated or pressured to donate funds in order to attend an event.  Any requested donations cannot be placed near the entrance or other high traffic areas of the event.
- Student organizations are prohibited from charging any fees, even if the fees are to be refunded at a later point.
- Should your event require an admission charge (ex. certain philanthropic events), please see the Interest-Free Programming Loan (IFPL) section of this funding guide.
- **Per UC system-wide policy, student organizations may not, under any circumstances, sell items or services that were funded by A.S.** For example, if A.S. funds an event's food, student organizations may not sell that food.

9

# Further Information on A.S. Funded Items/Services:

## RUSH FEES

A.S. will not fund any rush order fees charged by a vendor or any expedited shipping fees, even if the cost is included in a funding request. **In order for an organization to ensure that it can utilize a standard processing and shipping method, student organizations may need to submit a funding request before the deadline stated on the programming deadlines chart.** It is the responsibility of a student organization to determine if a funding request needs to be submitted early in order to avoid rush fees. If an SLBO Fund Manager is directly paying a vendor for items/services that will not ship (or where work will not begin) until the vendor receives payment, please discuss payment turnaround time with the fund manager. This may impact the funding request submission date. A.S. will not fund any rush fees incurred due to delayed payment processing.

## VENDOR LISTS

For certain items and services, SLBO may have a list of vendors where the ordering/purchasing process can be facilitated. Please speak with a CSI advisor or SLBO fund manager for specific information.

## CHANGE OF ITEM/SERVICE

A.S. recognizes that student organizations may not use the exact item submitted in an A.S. funding request. However, A.S. requires that the replacement item be comparable to the one submitted in the A.S. funding request. **If the new item is not comparable to the one initially reviewed and approved by A.S., then the organization must submit vendor documentation of prices to A.S. and obtain A.S. approval prior to switching to the new item**. Documentation should be submitted to the AVP of Student Organizations at avpstudentorgs@ucsd.edu. Failure to obtain A.S. approval (when required) may result in funding being withheld for any non-approved items. If the item is comparable to the one initially reviewed by A.S., no approval for the change is required.

*Examples:* *Changing food from hamburgers to hot dogs is considered a comparable item change and **does not require A.S. approval.***

*Using funding approved for hamburgers to rent a dunk tank is **not** considered a comparable item change and **requires A.S. approval.***

## USAGE OF A.S. FUNDED ITEMS AND SERVICES:

All goods and services must be used at the event they were intended for, aside from flyers approved for promoting said event.

## PHILANTHROPIC EVENTS:

At UCSD we stress the importance of having a positive impact on our community. Although A.S. cannot provide direct monetary donations to third party entities, we encourage partnerships amongst our student organizations that allow this objective to become a reality. Please note that these guidelines also apply to UCSD organizations fundraising for themselves.

A.S. classifies philanthropic events into two categories, "Awareness Events" and "Pure Philanthropic Events": Please see which description most closely relates to your event. If you have any questions, contact the Office of Finance & Resources before requesting funding.

### Awareness Events (can be funded through Programming Funding)

- There is no mandatory admission fee.
- The name of the event cannot convey or imply that it is philanthropic in nature. For example, the event **cannot** be named "Org XYZ's Amazon Rainforest Charity Dance."
- Donation boxes may be present at the event, but are to be placed away from the entrance and all other high-traffic areas. Students must not feel obligated or pressured to donate.

10

- All applicable restrictions on programming funds apply (ex. no purchase of gifts, prizes, permanent items, etc).

- The money from A.S. does not have to be repaid.

- Per University Policy, no items purchased with A.S. funds may be sold. <u>In addition, the items purchased with A.S. funds must benefit UCSD students directly</u>. For example, you cannot purchase food with A.S. funds and then donate it to a food bank.

- An example of an awareness event is as follows: An organization hires speakers to inform attendees about saving the rain forest. No admission fee is charged, and refreshments are provided to the students who attend. The organization does not use A.S. funds to plant trees in the rainforest.

### Pure Philanthropic Events (can NOT be funded through Programming Funding)

- A mandatory admission fee that will be donated to a specific charity or cause or students feel obligated to donate to the charity or cause.

- Donation boxes are highly prevalent or located in high-traffic areas.

- Organizations may choose any name for the event. For example, "Org XYZ's Amazon Rainforest Charity Dance" is acceptable.

- <u>The organization must request an Interest-Free Programming Loan (IFPL) in order to receive A.S. funds</u>. All loans must be repaid to A.S.

- The charity group must be a registered 501 (c) (3) organization. The arrangement between the charity and the UCSD student organization must be e-mailed to the AVP of Student Organizations if an Interest-Free Programming Loan is sought.

- Excluding items that violate federal, state, or local laws and university policies, there are no restrictions on how A.S. loan funds may be utilized. For example, you can purchase prizes and giveaways with an IFPL.

- **A.S. must receive repayment before any funds are donated to the charity or philanthropic cause.

# IMPORTANT EVENT PLANNING INFORMATION

A Triton Activities Planner (TAP) must be submitted for any on-campus event utilizing A.S. Programming Funds. **If a TAP is not submitted, or if an event is canceled on TAP, A.S. funding for the event may not be used and will be returned to A.S. Further, the SLBO is unable to process reimbursements for events without a completed TAP.** All on-campus events require a TAP submission, with the exception of simple meetings and information tables. Simple meetings are meetings that include just you and your members in an informal setting and **DO NOT** include:

- **The sale or value exchange of items or services**
- **Paid or unpaid speakers, performers or services**
- **Amplified sound**
- **A meeting taking place in programming spaces reserved via the University Centers (Ballrooms, Forum, Plaza, Theater, Loft, Matthews Quad, SSC Multipurpose Room (MPR)**
- **A meeting when reimbursement of food purchases will be requested**
- **Food provided and served to more than 25 guests**
- **When a reimbursement will be required**

**If any of the above statements apply to your event, you MUST fill out a TAP. Please visit tap.ucsd.edu to complete your TAP. If you have any questions regarding the TAP process, please contact the Center for Student Involvement (CSI).**

**<u>DON'T FORGET</u> - You must begin a TAP at least 21 days prior to your event date and complete it no later than by 14 days prior to your event date! <u>LATE TAPS WILL NOT BE ACCEPTED</u>.**

### Grill Rentals:

Officially registered student organizations are eligible to rent grills for events on Library Walk. Please visit the One-Stop Desk on the 3rd Floor of Price Center East for more information. You will be required to make a reservation at the One-Stop Desk and complete a TAP in order to finish the booking process. Organizations do not need to include grill rentals in programming funding requests.

### Performance Agreement Fees

There is an Artist Agreement fee charged by UCSD when a student organization hires a paid performer for an event. A.S. has made arrangements to pay for this fee in an effort to reduce the financial burden placed on student organizations. Organizations do not need to include this fee in programming funding requests. Please speak with an SLBO Fund Manager if there are questions pertaining to the payment of this fee.

### Event Changes

If an event receives A.S. funding, the event cannot change. For example, if the requested event was a Medical School info night, it cannot be changed to a volunteer medical clinic day. If a student organization wishes to change the event, a new funding request needs to be submitted (the A.S. programming funds deadline still applies). A.S. funding will be rescinded for any events that are changed from the event listed in the funding request.

### Event Rescheduling

Should it be realized that an event date needs to be altered after receiving A.S. funding, o**rganizations must contact the AVP of Student Organizations before making any changes**. Failure to obtain approval prior to making changes will result in A.S. funding for the offending event being rescinded. Multiple offenses may jeopardize A.S. funding for the remainder of the academic year. While A.S. strives to work with our student organizations, we are unable to accommodate all date changes. Events can only be moved to a day more than five weeks away from the date the original funding request was submitted (See programming deadlines)

### Event Advertising/ Promotion

Any event receiving A.S. programming funding must be advertised to the UCSD undergraduate population once final TAP approval is received. Student organizations must make a good faith-effort in promoting any events receiving A.S. funding. This can be achieved by various social media posts, e-mail and newsletter blasts, posters, flyers, tabling on library walk, use chalk boards, etc. Please be sure to check the positing and advertising policies of any campus areas and facilities that will be utilized. If A.S. is unable to verify that a good faith effort was made for advertising once final TAP approval for the event was received, A.S. funding for the event may be rescinded.

### Events with Multiple Hosting Organizations

In the occasions where multiple student organizations co-host events funded by A.S., the organization(s) granted A.S. funding for that particular event will be held accountable should deviations from A.S. funding policies arise.

### Post Event Evaluation Forms (PEEFs)

All student organizations are required to submit a **PEEF WITHIN 21 DAYS** of each event funded by Associated Students. The link to access a PEEF will be sent out with your final allocation e-mail notification, but can also be found on the A.S. website under the "forms" link within the Finance tab. **Additional funds will not be allocated if a student organization has an outstanding PEEF.** If a PEEF is not submitted within 21 calendar days after the event, additional penalties may ensue.

## TYPE 2: **OPERATING FUNDS**

A.S. understands that not all fiscal needs are met through Programming Funds. Therefore, registered student organizations are eligible to spend up to $100 annually on operating costs. Items purchased through operating funds must be used for official student organization business and are not permitted for personal use. Operating costs are limited to the following items:

- Flyers
- Posters
- A.S. Graphic Studio services
- Banners
- Blue tape, yarn/string, and zip ties

*All items funded through operating funds must be purchased from the UCSD Bookstore, Imprints, or the A.S. Graphics Studio.*

## Procedures, Deadlines, and Additional Information

Student organizations may access their Operating Funds by meeting with their Fund Manager in the Student Life Business Operations (SLBO) before making any purchases. Student organizations must request a Recharge Form to make purchases at the Bookstore, Imprints, or the A.S. Graphic Studio. Reimbursements (Payment Request Forms) are not permitted for Operating Funds. Please see your SLBO Fund manager with any questions.

> **The final day to request use of operating funds during the 2015-2016 academic year is Friday, April 29, 2016.**

## TYPE 3: TOURNAMENT & COMPETITION FUNDING

To promote the expansion and outreach of UC San Diego student organizations, A.S. will fund groups wishing to participate in a tournament or competition event if the mission of the event falls within the funding principles of A.S.

Costs covered under Tournament and Competition Funding include:

- **Competition/Registration fees**
- **Lodging (ex. motel, hotel)**
- **Transportation from a third-party vendor (ex. airfare, bus).**

Student organizations may apply for a maximum of $3,000 in Tournament and Competition funding for the first event. For a second event, student organizations may apply for a maximum of $1,500 in Tournament and Competition funding.

**A.S. will not provide funding to student organizations attending tournament and competition events occurring in part or in whole during Winter Break, Spring Break, or summer vacation.** In order for A.S. to fund the Tournament and Competition Request, all travel must be completed by the last day of Fall, Winter, and Spring Quarter (this date can be found on the academic and administrative calendar on UCSD blink)

Organizations using Tournament and Competition Funds **must** use a third party vendor in order to receive reimbursement for transportation costs. A.S. will never pay for any vehicle rental fees, gas expenses, or mileage fees incurred by student-driven vehicles.

Student organizations using A.S. funding for a chartered bus service must contact the SLBO in order to set up payment arrangements. All charted bus payments must be made by SLBO. Bus expenses will never be processed via reimbursement.

Tournament and Competition funding may not be used for conference travel.

A.S. funds may not be used for lodging expenses for stays in any single family homes, Bed and Breakfasts, condominiums, apartments, or any lodging booked through a home-sharing/ peer-to-peer vendor (ex. airbnb, 9flats, VRBO, etc.).

A.S. will reimburse travel between the airport or bus station nearest the competition city and the competition lodging facility if a third party transportation vendor (ex. SuperShuttle) is used.

## How to file a Tournament and Competition Request form:

- To obtain a Tournament and Completion Funding Request Form, visit as.ucsd.edu and go to the "Finance" tab on the A.S. website.
- Within the "Finance" tab, select either "Competition Funding" or "Tournament Funding"
- Click the hyperlink which reads "this form (PDF)"

13

- Student organizations must complete and e-mail the Tournament and Competition Funding Request Form and any supporting documents to the AVP of Student Organizations (avpstudentorgs@ucsd.edu) a ***minimum of 30 A.S. working days prior to the start of the tournament or competition***. The form and all necessary documentation must be submitted by the aforementioned deadline even if it is not confirmed that the group will be attending the event.

- The AVP of Student Organizations will send a confirmation e-mail acknowledging receipt of the document within 24 hours. **If you do not receive a confirmation within 24 hours, you must resend the completed documents to the AVP of Student Organizations.**

- Vendor documentation of all costs **must** be submitted with a Tournament and Competition request form.

- **Please note: A.S. will not accept any incomplete or late applications.** A tournament and competition application is considered incomplete if any information or documentation required by the instructions on the application are not present or are missing when submitted. Any clarifying information requested by A.S. will not render an application incomplete.

- All organizations applying for A.S. Tournament and Competition funding must have all traveling members review the following website:
  https://students.ucsd.edu/student-life/involvement/organizations/onestop/events/travel.html

## ADDITIONAL INFORMATION AND POLICIES:

- A.S. will only provide funding to student organizations attending tournaments and competitions occurring in the contiguous United States, Alaska, and Hawaii. A.S. will not provide funding to student organizations attending tournaments and competitions occurring in any foreign nation, U.S. embassies and U.S. consulates in any foreign nation, and U.S. territories (including Puerto Rico and the Northern Mariana Islands).

- All A.S. funded expenditures for Tournament and Competition events **must be approved by A.S.**

- A.S. will not fund any travel, lodging, or entrance fees for conferences. Any events attended by student organizations must have a primary focus on Tournament and Competition (i.e. the main purpose of the event is for groups to compete against each other). It is not sufficient for an event to simply have a tournament or competition aspect.

- Once a request is received, it will be sent to the A.S. Council for review. Organizations will be notified once a funding decision has been made.

- If your Tournament and Competition request is approved, traveling members will need to submit the following documents: student travel waiver, a tax form, and insurance information. Some of these forms can be found in the links contained within the Tournament and Competition Request Form. For documents not included in the request form, please contact your SLBO Fund Manager.

- **Traveling members must visit the SLBO no later than two weeks prior to departure in order to submit and ensure all necessary paperwork is properly completed.**

- Organizations that receive funds for any tournament or competition will be required to complete a post-event evaluation form ***within 21 days*** of the last day of the event. **Additional funds will not be allocated if a student organization has an outstanding post-event evaluation report.**

- Excluding chartered bus service, items covered under Tournament and Competition funding are not paid for upfront by A.S. **Students must submit a reimbursement request with the SLBO in order to be compensated.** University policy requires that travel receipts submitted to the SLBO for reimbursement be itemized per person **and** must show that a payment was made.

- As with any reimbursement requests, all receipts submitted for reimbursement must be turned in to the SLBO within 14 days of the end of the tournament/competition.

- The individual who signed (including an electronic signature) the Tournament and Competition request form may be personally subjected to A.S. funding penalties if it is determined that information provided on the request form was misrepresented.

- Appeals may not be submitted for Tournament and Competition Funding Requests.

## TYPE 4: ANNUAL EVENT FUNDING

**IMPORTANT: Tradition Event Funding has changed to Annual Event Funding.  Under these new regulations, all events receiving Annual Event funding must abide by the regulations set forth in the A.S. funding guide for Programming Funding except for the bracket cap.**

Until further notice, the Office of Financial Affairs will not be accepting new Annual Event Funding applications.  Only events that previously received Tradition Event funding for consecutive years without interruption may apply for Annual Event Funding.  If your event is eligible to apply for Annual Event funding, please contact the Financial Controller or the AVP of Student Organizations to obtain an application. **The deadline for eligible organizations to submit a completed Annual Event Funding request form is Friday, October 2, 2015, at 11:30am via e-mail to the AVP of Student Organizations and the Financial Controller.  No late applications will be accepted.** Until further notice, the Office of Finance and Resources will not be accepting new Tradition Funding requests. If you have any questions, please contact the Office.

## TYPE 5: MEDIA FUNDS

A.S. follows a non-discretionary funding model. A.S. funds are distributed on a content-neutral basis as per the legal requirements for distribution of student fees to student-run organizations.  Neither Associated Students nor UC San Diego is responsible for the content of student media publications.  All final media allocations shall be published quarterly on the Friday of the 9th week of the quarter.

### SOME HELPFUL DEFINITIONS:
- **Print Media**: media that is printed on physical material and distributed by hand (such as newspapers, magazines, pamphlets, etc.)
- **Digital Media**: media that utilizes digital sources to communicate its message (i.e. videos, web-based organizations, photography, game development, etc.)
- **Mobile Application**: a software application that runs on a portable digital device (I.e. smartphone)
- **Printer**: a commercial business that contracts printing services to a media organization

### MEDIA FUNDING QUARTERLY



15

37

## How to file a Media Funds Request:

- Visit as.ucsd.edu and go to the "Finance" tab. In the drop-down menu that appears, you will see a link that says "Media." From that option, click the link that reads "Media Funding Request."

- When filling out the form, ensure that all fields are accurate and complete. Don't forget to attach vendor documentation of price estimates.

- The request must be submitted on the A.S. website no later than Friday at 11:30 am on the 7th week of the quarter that precedes the quarter in which you intend to publish. For example, if you intend to publish in Winter Quarter 2015, you must apply in Fall Quarter 2014.

- Please review the Electronic Funding Request Submission section located in the Addendum for additional Media Funds submission information.

## Media Funding Appeals:

- Media Funding Appeal Forms are available within the e-mail releasing the quarterly SOFAB media funding recommendations.

- Completed appeal forms must be submitted via e-mail to avpstudentorgs@ucsd.edu and asvpfinance@ucsd.edu no later than the deadline stated on the appeal form.

- **Student organizations should attach any supporting documentation with the completed appeal form.** If statements in the appeal form cannot be substantiated by the documents submitted with it, it is unlikely that an appeal will be granted.

- Appeals will not be considered if the initial submission deadline was missed.

- **Only items submitted with the appeal filing will be considered when the appeal is reviewed.** Appeals are forwarded directly to the Finance Committee are not reviewed by the Office of Financial Affairs. Therefore, the Office is unable to state whether supporting evidence will be sufficient to obtain an appeal.

- A.S. is unable to accept any late appeals.

- Appeal forms and supporting documents cannot be modified after the submission deadline has passed.

- Appeals are reviewed by the ASUCSD Finance Committee and not the Office of Financial Affairs

## Guidelines and Additional Information:

- Media organization must be registered with the Center for Student Involvement.

- Students are the principal members of no more than one (1) media organization.

- If you are starting a new media organization, you are required to meet with the A.S. Media Organization Liaison or the AVP Student Organizations before submitting your first media funding request.

- Media organizations must submit an itemized price estimate (with vendor documentation of prices) of costs with their funding requests. **A media organization will not be allocated any funds unless a vendor documentation of price estimates is received.** The price estimate must include a line item listing for printing, graphics, and copier services.

- Future printing allocations may be suspended if the organization in question is found to be in violation of any local, state, or federal statute. Knowing your legal rights and obligations as a media organization is extremely important.

- A.S. does not fund any media for publication over winter break, spring break, or summer vacation.

16

- The title/name of an organization's publication must **exactly** match the name of the media organization (as indicated in the organization's constitution posted on the Center for Student Involvement student organization database) during any quarters A.S. funding is received. If the title/name of an organization's publication do not **exactly** match the name of the media organization (as stated in the organization's constitution posted on the Center for Student Involvement student organization database) during any quarters A.S. funding is received, the following statement must be included on the front page of all copies of the printed media, in English, in an unobstructed location directly below the title, in at least 20-point Times New Roman Front:

*(Publication's name) is written by (name of student organization as indicated on its constitution posted on the Center for Student Involvement student organization database).*

- On a first offense, failure to include or follow all requirements pertaining to the above statement on all printed copies (when applicable), will result in a 50% funding reduction the next quarter the offending organization applies for A.S. media funding. The 50% funding reduction amount will be based on the organization's A.S. media allocation in the offending quarter. For a second offense, failure to include or follow all requirements pertaining to the disclaimer written above will result in a suspension of A.S. funding in the quarter subsequent to the second offense.
- All media organizations receiving funds from A.S. **MUST** include the following disclaimer, in English, in an unobstructed location of the printed media in at least 10-point font:

*'The Publication may have been funded in part or in whole by funds allocated by the ASUCSD. However, the views expressed in this publication are solely those of (publication's name here), its principal members, and the authors of the content of this publication. While the publisher of this publication is a registered student organization at UC San Diego, the content, opinions, statements, and views expressed in this or any other publication published and/or distributed by (publication's name here) are not endorsed by and do not represent the views, opinions, policies, or positions of the ASUCSD, GSAUCSD, UC San Diego, the University of California, and the Regents or their officers, employees, or agents. The publisher of this publication bears and assumes the full responsibility and liability for the content of this publication."*

- On a first offense, failure to include or follow all requirements pertaining to the disclaimer written above will result in a 50% funding reduction the next quarter the offending organization applies for A.S. media funding. The 50% funding reduction amount will be based on the organization's A.S. media allocation in the offending quarter. For a second offense, failure to include or follow all requirements pertaining to the disclaimer written above will result in a suspension of A.S. funding in the quarter subsequent to the second offense.
- **IMPORTANT:** All media organizations must publish, distribute, and provide a copy of the funded media to the Financial Controller and the Associate Vice President of Student Organizations no later than the FRIDAY OF WEEK 8 at 11:30am each quarter funds are utilized. For example, if you were allocated media funds for Fall 2014, you must publish, distribute, and deliver a copy of the printed material no later than Friday, Week 8 of Fall 2014. ***Failure to do so will risk future funding from Associated Students for the 2015-2016 school year.***
- A.S. will not allocate any additional funding or allow media organizations to apply for additional funding for the remainder of an academic year if the required copies were not submitted to A.S. Funding suspensions on future publications will be lifted once outstanding copies for the current academic year have been submitted to A.S. Organizations have until the Friday of week 8 at 11:30 am to submit media copies to A.S. However, SOFAB media recommendations are published on Monday of week 8. Organizations submitting media after Monday of week 8 up to the appeal deadline will need to submit an appeal form in order to request A.S. media funding. Failure to meet the appeal deadline will result in a denial of the funding request.

17

- If organizations publish or distribute A.S. funded media after the Friday of Week 8, the media organization will be subject to a 50% funding reduction the next quarter the offending organization applies for A.S. media funding.  The 50% funding reduction amount will be based on the organization's A.S. media allocation in the offending quarter.  For a second offense, failure to publish or distribute the funded media by the Friday of Week 8, will result in a suspension of A.S. funding in the quarter subsequent to the second offense.

- Media funds may not be used for the printing, publication, or distribution of flyers or posters.  In most, but not all instances, items meeting the following definition are considered flyers and posters:

- Flyers: Mono-paneled (non-folded) paper (8.5 inches x 11 inches or smaller) that contains material on the front, back, or both sides.

- Posters: Mono-paneled (non-folded) paper greater than 8.5 inches x 11 inches that contains material on the front, back, or both sides.

- **Offenses are calculated per published volume/edition per separate offense.**  For example, if a media organization prints three editions in a quarter and all three editions do not include the required A.S. disclaimer, this is considered three offenses.

- If a media organization has three or more total offenses during an academic year, funding and funding requests for that media organization will be prohibited for the remainder of the academic year.

## Funding Allocations:

Provided full compliance with all A.S. Media Funds policies, each media organization requesting A.S. funding will be allocated a maximum of $1,000 per quarter for printing.  Please note that A.S. only funds printed media and allocations may only be used in the quarter for which they are specifically allocated.

## Alternative Sources of Funding

All Student Media organizations are urged to seek out funding sources other than A.S., including advertising and fundraising. All income generated by media organizations must be used for printing costs, technological development, or on-campus events, and cannot be used for personal financial gain. Media organizations are also encouraged to apply for A.S. Programming funds in order to hold events geared towards recruitment.

# TYPE 6: **INTEREST-FREE PROGRAMMING LOANS (IFPL)**

Although A.S. strives to meet the funding needs of UC San Diego student organizations, we are unable to fulfill all requests due to A.S. or university policy restrictions.  When A.S. Programming funding is not an option, we encourage organizations to consider an Interest-Free Programming  Loan (IFPL).  IFPLs must be approved by a majority vote of the A.S. Council. *The entire principal of the loan must be repaid to A.S. in full within sixty (60) days of its allocation or by the last day of June, whichever date is sooner.* No individual IFPL distributed by A.S. shall exceed the sum of $10,000.  Furthermore, no student organization may have more than one outstanding IFPL. In the event that a loan is not repaid by the aforementioned deadline, the Financial Controller may request a hold on the principal members' academic registration until loan repayment is received.  At the beginning of every academic quarter, the Office of Financial Affairs shall contact the principal members of organizations with an outstanding loan and establish a repayment plan.

Common instances where an IFPL is necessary:

- **An event charges an admission fee to any attendee (ex. certain philanthropic events).**
- **You wish to purchase items for your event that A.S. does not fund (ex. permanent items, gifts and giveaways, prizes)**
- **An event requires more funding than it is currently receiving from various sources.  For example, your event is only eligible for $5,000 in programming funding, but $15,000 is necessary in order to put on the event.**

**IFPL application process:**

Should you wish to apply for an IFPL, please follow these steps:

- IFPLs must be requested at least five (5) weeks prior to the event.
- Obtain an Interest-Free Programming Loan Request (IFPL) Form by e-mailing the AVP of Student Organizations or by going to the "Finance" tab on the A.S. website. Do not wait until the last minute to request an IFPL Form. All forms, no matter when the request for an IFPL form is received, are due no later than 5 weeks prior to the event.
- **E-mail the AVP of Student Organizations (avpstudentorgs@ucsd.edu) the completed form no later than five weeks prior to the event.**
- The AVP of Student Organizations will send a confirmation e-mail acknowledging receipt of the document within 24 hours. If you do not receive a confirmation within 24 hours, you must resend the completed documents to the AVP of Student Organizations.
- Once an application has been reviewed, you will be notified of the loan decision. Subsequent documents will follow should your loan be approve.

## TYPE 7: **A.S. GRANTS**

The A.S. Grants program aims to foster academic curiosity beyond the scope of the classroom via funding for student-initiated research projects that positively impact UCSD's campus. A.S. Grants selects students with outstanding research proposals from all disciplines at UCSD.

### What We Can Fund:

- **Projects that have an emphasis on contributing to UCSD's campus.**
- **Projects that are academically focused and/or research-intensive.**
- **Projects that are sponsored by a faculty member.**
- **Projects that have a clearly-defined outcome.**
- **Projects that have received all necessary written approval by appropriate campus officials prior to consideration.**
- **Projects that have a specific, itemized budget.**
- **Projects that have detailed timelines.**
- **Only up to $1200 of funding per project.**
- **Projects occurring in Fall or Winter Quarter**

### What We Cannot Fund:

- **Travel**
- **Competition**
- **Labor**
- **Projects occurring in Summer or Spring**

*Note: These guidelines **DO NOT GUARANTEE FUNDING.** Due to the restricted budget, we cannot fund every eligible request. This is why a thorough application process must be done through the A.S. Grants Funding Process.

> **HOW TO APPLY? More information will be available in the beginning of Fall Quarter 2015. Be sure to email the AVP of Academic Affairs at asacademics@ucsd.edu.**

### Criteria:

- All projects shall have a mechanism for evaluation and follow-up after funding has been dispersed. At minimum, a project plan must include a report made to the Office of Academic Affairs after successful (or unsuccessful) implementation.
- If a project is expected to have on-going benefits such as annual cost savings, the project plan must include a mechanism for tracking, recording, and reporting these benefits back to the Office of Academic Affairs on at least an annual basis.
- All projects must present their project at the annual A.S. Grants Symposium that takes place in Spring Quarter. Failure to attend this mandatory event will lead to disqualification from further funding to the organization or project.

**Notice:** A.S. Grants fall under the purview of the A.S. Office of Academic Affairs. All questions must be directed to the AVP of Academic Affairs, Rushil Patel at asacademics@ucsd.edu.

# The Green Initiative Fund

The Green Initiative Fund (TGIF) provides funding for projects that reduce UC San Diego's negative impact on the environment and to make UC San Diego more sustainable in both the social and environmental sense.

All projects to be considered for TGIF funding must meet the following criteria:

• Projects must promote environmental or social sustainability on UCSD's campus. Off-campus activities must have a strong emphasis and tangible impact on UCSD's campus.

• Projects must have a clearly-defined, measurable outcome.

• Project proposals may only be submitted by UCSD students or on behalf of student organizations that have significant undergraduate involvement. Outside organizations, staff, and faculty may not apply. However, students are encouraged to apply in collaboration with faculty and/or staff advisors to help with project implementation.

• Projects shall have received all necessary written approval by appropriate campus officials prior to consideration.

• TGIF will not support projects already mandated by law or UCSD policy directive (e.g., standards for new building construction), since UCSD is already obliged to allocate funds for such projects. TGIF will fund projects which go above and beyond minimum requirements.

• All projects shall have a mechanism for evaluation and follow-up after funding has been dispersed. At minimum, a project plan must include a report made to the Grant-making Committee after successful (or unsuccessful) implementation. If a project is expected to have on-going benefits such as annual cost savings, the project plan must include a mechanism for tracking, recording, and reporting these benefits back to the Grant-making Committee on an (at least) annual basis.

• Projects must have significant undergraduate student involvement. Significant undergraduate involvement entails that no less than 75% of the team actively working on the project must be UCSD undergraduate students. It is preferred that the working team is comprised entirely of UCSD undergraduate students.

• Projects that are granted TGIF funding are required to present their work at The Green Initiative Fund Symposium and Banquet. This presentation is mandatory. Failure to attend and present will negatively affect the organization's and/or individual's chances of receiving funding from TGIF in the future.

• It is preferred that technical projects that require the purchase and use of technical products and/or possible toxins have an advisor of that expertise available at the time of applying through the project's completion.

• The Green Initiative Fund CANNOT finance labor, travel, events, or projects that require purchases made over the summer.

**Notice:** **TGIF funds fall under the purview of the Student Sustainability Collective.  All questions must be directed to the TGIF directors at tgifucsd@gmail.com.**

20

# CONTACTS AND ADDITIONAL INFORMATION

As Associated Students has a limited source of funding, the Office of Financial Affairs reserves the right to deny funding requests once the amount allocated in the A.S. Executive Budget for student organization programming, operating, tournament and competitions, and media has been exhausted. Please note that requests are funded in the order they were submitted. We expect student organizations to plan in advance and request funding in a timely manner. This allows A.S. to fund as many programs and events as fiscally possible. The following information outlines resources available to student organizations as well as certain A.S. administrative information pertaining to the funding process. Should any questions arise, please don't hesitate to contact the Office of Financial Affairs and other members of Associated Students.

## THE CENTER FOR STUDENT INVOLVEMENT (CSI)

- **CSI is located in Price Center East on the 3rd Floor.**
- **Use <u>onestop.ucsd.edu</u> to find everything you need to start, join, promote, or fund a student organization, plan an event, or participate in our vast student org opportunities**
- **Meet with an advisor for any questions about becoming a registered student organization, how to begin planning an event, university policies, etc.**
- **Oversees the Triton Activities Planner (TAP).**
- **Note: If your event is funded, be sure to obtain a price quote from vendors that include a quote or invoice number. This will be submitted to your fund manager during the reimbursement process.**
- **CSI Advisors are available for drop-in advising Monday - Friday, 9 am – 4:00 pm**

### CSI Student Organization Advisors

Educational, Media, Political, Health Professionals, and Pre Professionals
**Jenny Kressel, (858) 534-0789, jkressel@ucsd.edu**
**Alicia Powers (Fall Quarter interim advisor), (858) 534-0789, ajpowers@ucsd.edu**

IFC, MGC Sororities
**TBD, (858) 534-5936, greeklife@ucsd.edu**

PHC and MGC Fraternities
**Oscar Lara, (858) 534 -5936, olara@ucsd.edu**

Cultural, Spiritual, and Student Affirmative Action Committee Organizations
**Darlene Schlueter, (858) 534-1585, darlene@ucsd.edu**

Academics, Cooperative, Dance, and Social Organizations
**Kristen Disbro (858) 534-1577, kdisbro@ucsd.edu**

Community Service Organizations
**Cat Lettieri (858) 822-3641, clettieri@ucsd.edu**

**While A.S. works closely with CSI to ensure a proper transmission of A.S. funding policies to our Student Organizations, please note that A.S. has final authority over A.S. funding allocations and policies.**

## ONE STOP DESK

- **Located on the Third Floor of Price Center East**
- **Can assist with room/space reservations for Price Center, Library Walk, Student Center, and the Student Services Centers**
- **Ability to schedule appointments for CSI Advisors**
- **Telephone: (858) 534-7666**

21

43

## UNIVERSITY CENTERS (UCEN)

- Can assist with technical services for on campus events (audio, visual, and lighting)
- Responsible for student organization office space allocation
- Visit universitycenters.ucsd.edu for a complete set of services

## A.S. GRAPHIC STUDIO

- Can assist with developing graphic designs for flyers, posters, logos, banners, etc.
- Located at Price Center East, Level 3, next to OneStop
- Visit asgraphicstudio.ucsd.edu for more information.

## STUDENT ORGANIZATION FUNDING ADVISORY BOARD (SOFAB)

- The first body that reviews funding requests submitted to A.S.
- SOFAB reviews funding requests to ensure compliance with Funding Guide Polices and flags items for Finance Committee discussion.

## ASUCSD FINANCE COMMITTEE

- As the second step in the A.S. funding process, the Finance Committee reviews all recommendations made by SOFAB and approves or denies them.  The recommendations of the Finance committee are then sent to A.S. Council for final approval.

## AUDITS

Receipts will be audited by the Student Life Business Operations, A.S. Finance Committee, and/or the A.S. Office of Financial Affairs. If an organization utilizes A.S. funds on items that do not match their request, or is found to have violated A.S. policy in any manner, a reimbursement will not be processed and future funding may be jeopardized for the 2015-2016 school year.

## EXCEPTIONS:

There shall be NO EXCEPTIONS of any kind made to the guidelines herein unless a clerical error has been made on the part of A.S. or the funding guidelines have been amended by the A.S. Council.

## STUDENT LIFE BUSINESS OPERATIONS (SLBO)

- SLBO is located in Price Center East on the 3rd Floor. Fund Managers can help with event purchases, expenses, and reimbursements.
- The business office is open for walk-ins Monday-Friday from 9:30am to 4:00pm. You are also encouraged to make appointments directly with your fund manager to ensure their availability.
- SLBO fund managers can assist you with:
  - Purchases directly from on-campus (Imprints, Bookstore) and off-campus vendors (Purchasing Request Form)
  - Reimbursements (Payment Request Form)
  - Deposits to and withdrawals from student organization on-campus accounts

**SLBO Fund Managers information**

A-H     Anna Dickson    (858) 534-7003 • aldickson@ucsd.edu
I-O     Susana Barajas (858) 822-4468 • psbarajas@ucsd.edu
P-Z     Rhonda Faye (858) 534-4434 • rrfaye@ucsd.edu

- **Reimbursements**
  - **Original receipts are required for reimbursements**
  - **Reimbursements may only be distributed to Principal Members**
  - **Reimbursements must be requested NO LATER than 14 days after the event date or receipt date, whichever is later**
  - **The Student Life Business Operations will only process one reimbursement request per event.  Therefore, all receipts for a single event must be presented TOGETHER to SLBO**
  - **Payment Request Form, Purchasing Request Form, and all other forms related to Business Office transactions can be found at http://students.ucsd.edu/student-life/involvement/organizations/quick-forms.html**
  - **If you fail to comply with the 14-day reimbursement deadline, SLBO will not be able to process your reimbursement request.  Likewise, if you fail to secure A.S. funding for an event at least 14 days prior to your event date, your event will likely be canceled due to lack of funding, even if it is on TAP**
  - **Please allow a minimum of 3 Weeks for Processing.  Expect a longer turnaround at the end of the school year.**

# ADDENDA

## Acts of Nature

Allocated A.S. funding can be used to pay for approved costs of events impacted by Acts of Nature. However, A.S. funds cannot be utilized to pay for approved costs of events impact by Acts of Nature if it is determined that the student organization acted negligently.

## A.S. and College Council Elections

Events receiving A.S. funding may not be used to support any candidate or slate.  It is advised to speak with the Office of Financial Affairs **and** the A.S. Elections Manager to discuss permissible actions.  **Please note that Funding Guide and Election policies are administered by different bodies within A.S.**  Thus, it is possible to be in compliance with A.S. funding regulations but at the same time violate the A.S. Election Code.

## Authority

Programming Funding, Tournament and Funding, Operating Funding, Annual Event Funding, Media Funding, and Interest-Free Programming Loans fall under the regulation of the A.S. Funding Guide version present at the time of request submission.  A.S. has ultimate jurisdiction over the allocation of A.S. funding.

## Availability of A.S. Funding

Please be aware that Associated Students has a limited source of funding. The Office of Financial Affairs reserves the right to deny funding requests once the amount allocated in the A.S. Executive Budget for Programming, Operating, Tournament and Competition, Media Funds, and A.S. Grants has been exhausted. Please note that requests are funded in the order they were submitted.

## Campus Emergencies

Allocated A.S. funding can be used to pay for approved costs of events impacted by campus emergencies. However, A.S. funds cannot be utilized to pay for approved costs of events impacted by campus emergencies if it is determined that the student organization acted negligently.

23

### Electronic Funding Request Submission Notices

- The A.S. funding request system is automated and closes at exactly 11:30am on the respective deadlines (time is according to the A.S. server). Please be aware that "submit" must be clicked no later than 11:30am. Missing the funding deadline due to a clock discrepancy is not generally considered a system error and is not appealable.

- Please note that the A.S. funding request system logs users out after a period of inactivity. However, individuals are not notified by the website that they have been logged out. Therefore, the funding application should be completed promptly after logging into the system. Except in cases of verified system error, late funding requests caused by website inactivity log-outs will not be accepted.

- No late funding requests will be accepted unless there is a verified system error. If A.S. cannot verify a system outage with the IT department, the student organization must provide sufficient appropriate evidence showing the system error. It is up to the student organization to provide satisfactory documentation in instances where A.S. cannot verify the system outage. Failure to do so will result in a denial of an organization's petition for a late funding request submission.

- If you believe you are encountering a system error, please contact the AVP Student Organizations at avpstudentorgs@ucsd.edu and the Financial Controller at asvpfinance@ucsd.edu ASAP explaining the error you are encountering. Attach evidence documenting the error to the e-mail.

### Information Accuracy

While A.S. strives to have accurate information printed in the yearly A.S. Funding Guide, some policies and information out of A.S. control may change subsequent to printing, publication, and distribution. It is our goal to keep these occurrences to a minimum, and we apologize in advance for any problems or inconveniences that may arise. Please note that university policies may supersede the A.S. Funding Guide, and we are obligated to abide by them regardless of what is printed in the A.S. Funding Guide.

### Non Compliance

Should an A.S. funding policy be violated, the Office of Financial Affairs will take appropriate measures to address the situation. The course of action taken will depend on the severity of the violation, if a penalty has been outlined in the Funding Guide, and the total number of violations a student organization has for the year. Possible sanctions include, but are not limited to warning letters, revocation of funding, oversight on future events receiving A.S. funding, meetings with principal members, freezing of student organization accounts, and suspension of future A.S. funding requests. **Please note that unfamiliarity with an A.S. funding policy does not prevent penalties from being imposed**.

**\*\*Failure to abide by any policy stated in the A.S. funding guide jeopardizes funding for the remainder of the academic year\*\***

### Transfers of Allocated A.S. Funds

Only the student organization that applied for and was granted A.S. funding may utilize the A.S. allocated funds. Student organizations wishing to transfer the approved A.S. funding to another student organization must request permission from A.S. prior to making any changes.

## GLOSSARY

**Act of Nature:** An event that directly and exclusively results from the occurrence of natural causes that could not be have been prevented. For example, rain, hail, tsunami, etc.

**Alcoholic Beverage Service:** Any form of professional wait service or distribution service of alcoholic drinks to students where the majority of the items being served by the contracted group are alcoholic drinks. For example, A.S. will not pay for a bartender. However, A.S. may pay for a distribution service if the majority of the served items are food and not alcoholic beverages. Organizations must ensure that all Campus Police, University, and California Alcoholic Beverage Control policies are abided by.

**A.S. Working Days:** A weekday (Monday-Friday) that occurs during Fall, Winter, or Spring Quarter that is **not** a university holiday, **not** during finals week for any quarter, and **not** during Winter Break, Spring Break, or Summer Vacation. Weekends (Saturday and Sunday) are **not** A.S. working days.

**Bracket Cap:** The overall maximum amount of funding that can be requested and/or allocated for an event. There are six brackets of funding which can be found under the programming funds section of the Funding Guide.

**Campus Emergency:** The closure of an area or facility in campus due to health or safety concerns.

**Clarifying Information (Tournament/Competition requests):** A supplemental document or explanation required by A.S. in order to properly evaluate a Tournament and Competition request. No information or documentation required by the application's instructions is considered clarifying information. However, clarifying information may pertain to the required information or documentation. The request for clarifying information will not render an application incomplete.

**Courtesy Notice:** A notification from A.S., typically sent via e-mail to the principal member who completed a funding request, stating that errors exist within the submitted funding request. A.S. is not obligated to send these notifications as it is the responsibility of student organizations to ensure funding requests are submitted properly.

**Food and beverages:** Any item that is intended for consumption by an individual. This includes, but it not limited to, any appetizers, main courses, and deserts.

**Gifts and giveaways:** Items intended for a student's consumption or use upon the conclusion of the event. Examples include, but are not limited to, gift cards, sexual health items, coffee mugs, pins, lanyards.

**High traffic areas:** A location highly visible to or frequented by attendees in the event facility. For example, the event's entrance, food areas, and seating areas would be considered high traffic areas.

**Incomplete Application (Tournament/Competition requests):** A submitted Tournament and Competition request where any information or documentation required by the instructions on the application are not present or are missing when turned in.

**Low traffic areas:** Areas within the event facility where attendees must make a conscious effort to be present there. For example, a back wall of the event facility where limited, if any activities, are occurring.

**Majority Criterion:** If the majority of an event's price estimates are missing, or if it appears that an event cannot go on without the items that were denied A.S. funding, the entire funding request will be rejected. **Organizations can appeal a denial caused by the majority criterion by showing that there are other aspects to the event that A.S. is not aware of or by submitting a valid price estimate for the item or service that caused the majority criterion to be invoked. Organizations must submit the price estimates FOR ALL ITEMS with the completed appeal.**

**Non-essential services or items:** Certain items or services provided by a vendor that are not necessary for the success of the event. They are often considered "extras." Examples include, but are not limited to, valet service, car washes, massage chairs.

**Permanent items:** Something that is owned or stored, and is not used up during an organization's event. Items intended for more than a single use. While A.S. will not fund the purchase of these items, it may fund the rental of these from an approved vendor. Examples include, but are not limited to, canopies, audio and computer equipment, machines, deck of playing cards, computer software licenses (of any time length).

**Spring Break:** The time between the day after the last day of Winter Quarter up through the day before instruction begins for Spring Quarter (according to the academic and administrative calendar posted on UCSD blink). For example, Sunday, March 20, 2016, to Sunday, March 27, 2016 is spring break for the 2015-2016 academic year.

25

**Summer Vacation:**  Also referred to as summer break. The time between the day after the last day of Spring Quarter for one academic year up through the day before Fall Quarter begins the next academic year (according to the academic and administrative calendar posted on UCSD blink).  For example, Saturday, June 13, 2015, to Sunday, September 20, 2015 is the summer vacation between the 2014-2015 and 2015-2016 academic years.

**Third party legal and financial services:**  Financial and legal fees billed by non-university businesses. Examples include, but are not limited to, attorney fees, collection agencies, bank services fees.

**Triton Activities Planner (TAP):** An online form administered by the Center for Student Involvement (CSI) that must be submitted in conjunction with any requests for A.S. funding. Please contact CSI with any questions regarding the TAP process.

**Uninformed Foot Traffic:** Undergraduate students who do not know about an event ahead of time through advertising or other methods.  However, they have the ability to view an event and attend it because it is being held in a facility that is accessible and known by the average UCSD student traversing campus via walking.

**Unobstructed (Media Funding):**  No images or text may conceal, attempt to conceal, distract from, or attempt to distract from any required A.S. statements.

**Winter Break:** The time between the day after the last day of Fall Quarter up through the day before instruction begins for Winter Quarter (according to the academic and administrative calendar posted on UCSD blink).  For example, Sunday, December 13, 2015, to Sunday, January 3, 2016  is winter break for the 2015-2016 academic year.

# OTHER ON-CAMPUS **RESOURCES**

Regrettably, A.S. is not always able to meet the growing needs of our student organizations. Included below is a list of some additional campus resources that may be able to extend fiscal assistance or help procure event materials.

- **Academic Departments**
- **Administrative Offices**
- **College Provosts and Student Affairs Departments**
- **College Councils (RCC, MCC, TMCSC, SCERC, WCSC, SCSC):
  contact the college's Dean of Student Affairs**
- **A.S. Graphic Studio (multimedia graphic design services)
  (website: asgraphicstudio.ucsd.edu)**
- **Student Promoted Access Center for Education and Service (SPACES)
  (website: spaces.ucsd.edu)**
- **The Student Foundation**
- **Student Sustainability Collective (SSC) (website: studentsustainability.ucsd.edu)**
- **Triton Outfitters (apparel & silk-screening services) (website: to.ucsd.edu)**
- **UCSD Triton Community and Tournament Competition Fund
  (website: tritoncommunityfund.ucsd.edu)**
- **University Centers Advisory Board (UCAB) for tech fee subsidies
  (website: ucab.ucsd.edu/TechFeeWaiver.aspx)**
- **For more funding resources visit onestop.ucsd.edu, or visit the One Stop Desk on the 3rd floor of Price Center East.**

## FINAL **WORDS**

On behalf of Associated Students, thank you for learning the policies and procedures regarding A.S. funding! We have worked diligently to produce a document that both informs you of existing funding sources and demonstrates how you can access these funds.   We recognize and appreciate all of the effort you put in to sustaining and growing your student organization.  However, A.S.UCSD is also charged with managing the activity fee levied on all undergraduate students at UC San Diego.  Accordingly, we must adhere to all deadlines and procedures outlined in this guide as well as the A.S. Constitution, Standing Rules, and other relevant university and system wide policies. Aside from being a means by which to support your events and organizations, the A.S. Office of Financial Affairs believes that the funding process is a chance for UCSD students to obtain knowledge and familiarity with budgeting and financial requests, following deadlines, and communicating between professional entities—we hope you'll welcome this learning experience.

Throughout the 2015-2016 school year, the Office will be organizing a variety of funding seminars and workshops, publishing various helpful resources, and building a strong social media presence to further explain and distribute information from the Funding Guide. Additionally, our proverbial door is always open; whether through email, telephone, or in-person meetings (office hours and by appointment).  We will always make an effort to work with you and explain the various aspects of the funding process.  Best of luck with all of your upcoming endeavors in the 2015-2016 year—we look forward to being a part of your contribution to UC San Diego's student experience!

Wishing all the best,

**Tristan Britt**          **Jeremy Snyder**
**Financial Controller**     **Associate Vice President of Student Organizations**

## NOTES

_____

_____

_____

_____

_____

_____

_____

_____

27



## CONTACTS

**Tristan Britt,** Financial Controller
asvpfinance@ucsd.edu • 858.534.6098

**Jeremy Snyder,** Associate Vice President of Student Organizations
avpstudentorgs@ucsd.edu • 858.246.0341

**Heather Belk,** M.A., Director of Associated Students
hbelk@ucsd.edu

**Hayley Weddle,** M.A., A.S. Advisor and Daily Operations Manager
hweddle@ucsd.edu

*The A.S. offices are located on the 4th floor of Price Center East*

**University of California Policy PACAOS-70**

# Policies Applying to Campus Activities, Organizations and Students (PACAOS)



## 70.00 POLICY ON REGISTERED CAMPUS ORGANIZATIONS

| | |
|---|---|
| **Responsible Officer:** | VP - Student Affairs |
| **Responsible Office:** | SA - Student Affairs |
| **Issuance Date:** | 7/28/2004 |
| **Effective Date:** | 7/28/2004 |
| **Scope:** | For all pertinent activities involving University students, employees, and properties, the *Policies Applying to Campus Activities, Organizations and Students* apply to the Division of Agriculture and Natural Resources and to the Department of Energy Laboratories operated by the University of California, subject to Laboratory implementing regulations and contractual obligations between The Regents and the Department of Energy. |

| | |
|---|---|
| **Contact:** | Eric Heng |
| **Email:** | Eric.Heng@uocp.edu |
| **Phone #:** | (510) 987-0239 |

## I.     POLICY SUMMARY

The *Policies Applying to Campus Activities, Organizations and Students* are a compendium of University-wide policies relating to student life. Section 70.00 describes the University's policy on registered campus organizations.

## II.     DEFINITIONS

Definitions for the *Policies Applying to Campus Activities, Organizations and Students*, and the campus implementing regulations adopted pursuant to them, are provided in Section 14.00.

University of California Policy PACAOS-70

## III.   POLICY TEXT

## 70.00 POLICY ON REGISTERED CAMPUS ORGANIZATIONS

### 70.10 Definition; Registration and Membership Requirements

A Registered Campus Organization is an organization whose membership predominantly comprises students, faculty, and/or staff of a particular University campus, and that attains recognition as a Registered Campus Organization by complying with the requirements and procedures set forth in campus implementing regulations. Such regulations shall require that the organization furnish a written statement of its name and its purposes, signed by its officers or other authorized representatives, and that includes as well such other pertinent information as the campus may specify. Membership in a Registered Campus Organization shall be open to any student, consistent with the *Nondiscrimination Policy Statement for University of California Publications Regarding Student-Related Matters*, with the exception that membership in an officially recognized sorority or fraternity may be limited by gender. Membership in a Registered Campus Organization may be extended to individuals other than students, faculty, and staff, under conditions specified in campus implementing regulations. An authorized student government of a campus shall not be eligible for registration also as a Registered Campus Organization of that campus.

### 70.20 Requirements for Funding from Compulsory Campus-Based Student Fees

A Registered Campus Organization that is preponderantly or exclusively funded by a student government or other campus entity from compulsory campus-based student fees shall primarily have University of California students as its members. Particular programs and activities of a Registered Campus Organization funded from compulsory campus-based student fees shall be open to participation by the entire campus community. In addition, all expenditures relating to particular programs and activities of a Registered Campus Organization (whether the program or activity takes place on- or off-campus) that are funded from such fees must be under the direct control of University of California students. (See also Section 86.11 of these *Policies.*)

### 70.30 Conduct and Discipline

A Registered Campus Organization is required to comply with University policies and campus regulations as well as applicable laws or it will be subject to revocation of registration, loss of privileges, or other sanctions. In denying or revoking registration or applying sanctions, campus regulations shall provide an opportunity for a hearing with basic standards of procedural due process.

University of California Policy PACAOS-70

## 70.40 Use of University Name

A Registered Campus Organization shall not use the name of the University of California or abbreviations thereof as a part of its own name except in accordance with applicable law and University policy (including, but not limited to, State of California Education Code, Section 92000, and the Presidential Policy to Permit Use of the University's Name) as well as campus implementing regulations.

## 70.50 Use of University Properties

Any use of University properties and services by a Registered Campus Organization must conform to Section 40.00 of these *Policies* and applicable campus time, place, and manner regulations.

## 70.60 Fiscal Accountability

Chancellors may investigate, through audits or other means, and take action to ensure that the fiscal activities of a Registered Campus Organization comply with legal requirements and University policies and procedures.

## 70.70 University Sponsorship

As provided in Section 41.00 of these *Policies*, a Registered Campus Organization that uses University property, services, or other resources must avoid any unauthorized implication that it is sponsored, endorsed, or favored by the University.

## 70.80 Support

A Registered Campus Organization or Registered Campus Organization-related program or activity may be supported from compulsory campus-based student fees and/or from voluntary contributions under conditions set forth in Sections 86.00 and 90.00 respectively of these *Policies*.

70.81

The referendum process set forth in Section 82.00 of these *Policies* shall not be accessible to a Registered Campus Organization or any student group other than a student government. The foregoing is not intended to preclude access to the referendum process by any administrative unit of the University, subject to appropriate student consultation. Support for a Registered Campus Organization or any student group other than a student government from compulsory campus-based student fees must be in the form of a reallocation from student government or other appropriate

University of California Policy PACAOS-70

campus entity to the Registered Campus Organization or other student group. All such reallocations must be made consistent with the requirements for viewpoint-neutral funding set forth in Sections 70.82, 86.20, and 86.30 of these *Policies*. (See also Section 86.12 of these *Policies*.)

70.82

Any process adopted by a student government or other campus entity to provide support to a Registered Campus Organization or Registered Campus Organization-related program or activity from compulsory campus-based student fees must employ solely viewpoint-neutral criteria as set forth in Section 86.30 of these *Policies*.

70.83

A student government in consultation with the campus, or a campus with the concurrence of the student government, may at its discretion establish and administer a mechanism providing for a pro rata refund to any student of that portion of his or her compulsory campus-based student fees that has been allocated by a student government or other campus entity to support a particular Registered Campus Organization or Registered Campus Organization-related program or activity. Establishment of such a refund mechanism is not required either as a matter of University policy or the law. (See also Section 86.13 of these *Policies*.)

**70.90 Transfer of Compulsory Campus-Based Student Fees to Non-University Entities**

Compulsory campus-based student fees may be expended by a Registered Campus Organization to cover the expenses of direct participation by University students in a particular non-University-sponsored educational program or activity. Such fees may also be expended for the payment of applicable dues necessary to sustain membership by a Registered Campus Organization in national and other regional non-University associations at the basic level established by such associations, so long as the level of any such assessment is in line with what is assessed similar student organizations at other institutions comparable in size and nature to the University as a requirement of basic membership. Except as provided immediately below, memberships at a preferential level that require the payment of higher periodic dues than what is required to sustain basic membership, or the assessment by such non-University associations of supplemental contributions from their members as an expectation but not a requirement of continued membership, may not be supported from compulsory campus-based student fees.

Other than for considerations of basic membership as set forth above, additional transfers of funds from compulsory campus-based student fees by a Registered Campus Organization to such non-University associations may be made only when they can be justified, in advance of the transfer, to the Chancellor (or other campus official

Page **4** of **6**

University of California Policy PACAOS-70

designated by the Chancellor with administrative oversight over Registered Campus Organizations) as providing a direct educational benefit to University of California students commensurate with the proposed expenditure.

Compulsory campus-based fees may not otherwise be expended by a Registered Campus Organization in support of, or be otherwise transferred to, a non-University organization, program, or activity, except in payment for goods and services directly necessary to the operation of the Registered Campus Organization, its programs or activities.

The referendum process set forth in Section 82.00 of these *Policies* shall not be available either to establish a new compulsory campus-based student fee, or to lock in an increase to an existing such fee, for the purpose of supporting any non-University organization, program, or activity. (See also Sections 67.10 and 87.00 of these *Policies*).

## IV.   COMPLIANCE / RESPONSIBILITIES

Chancellors shall adopt campus implementing regulations consistent with these *Policies*. The University shall publish these *Policies* and make them widely available, and Chancellors shall do the same with respect to the implementing regulations for their campuses. This requirement may be satisfied through the on-line publication of these *Policies* and their respective campus implementing regulations. (See also Section 13.20 of these *Policies*.)

## V.   PROCEDURES

The President shall consult as appropriate with Chancellors, Vice Presidents, the Office of the General Counsel, and Universitywide advisory committees prior to amending these *Policies*. Chancellors shall consult with faculty, students, and staff prior to submitting to the President any campus recommendations related to proposed amendments to these *Policies*. Amendments that are specifically mandated by law, however, do not require consultation with campus representatives or Universitywide advisory committees to the extent that legal requirements do not permit such consultation. (See also Section 13.10 of these *Policies*.)

Chancellors shall consult with students (including student governments), faculty, and staff in the development or revision of campus implementing regulations except when the development or revision of such regulations results from changes to these *Policies* that have been specifically mandated by law. Campuses shall specify procedures, including consultation processes, by which campus implementing regulations may be developed or revised. (See also Section 13.30 of these *Policies*.)

Prior to their adoption, all proposed campus implementing regulations, including all

Page **5** of **6**

**University of California Policy PACAOS-70**

substantive modifications to existing such regulations, shall be submitted to the Office of the President for review, in consultation with the Office of the General Counsel, for consistency with these *Policies* and the law. (See also Section 13.40 of these *Policies.*)

## VI.    RELATED INFORMATION

See also *Policies Applying to Campus Activities, Organizations and Students* sections:

10.00          Preamble and General Provisions

11.00          Authority

12.00          Applicability

13.00          Development and Review of Universitywide Policies and Campus Implementing Regulations

14.00          Definitions

## VII.   FREQUENTLY ASKED QUESTIONS

Not applicable

## VIII.   REVISION HISTORY

Original issuance September 1, 1970
Revised October 29, 1973
Revised July 21, 1978
          Effective January 3, 1979
Revised October 31, 1983
Revised August 15, 1994
Revised July 28, 2004
Reformatted June 1, 2012 into the standard University of California policy template

Page **6** of **6**

November 18, 2015 ASUCSD Meeting                                           (Replay)

6:02    Order in council; roll call

6:04    Move into public input

6:06    Kira Gallaway introduces herself and talks briefly about the issue of education and her position

6:07    Move into Reports of External News

6:07    Reorder to Special Orders

6:08    Special Presentation by VC Student Affairs, Juan Gonzalez

6:11    Sentaro Kamali: UCSD is accepting more and more students each year? How do we know everyone is getting the same education?
VC Gonzalez: We did have a record number of admissions with about 33,000 students. We had a significant spike with transfers. I suggest AS to continue their services to students and include more transfers. Additional students, we hope to have additional funding. We don't want to see it watered down because they are more students.

6:14    Senator Vahdani: I have seen Chicano/Chicano students decrease. Why?
VC Gonzalez: We do not admit on race or ethnicity, but we are very concerned and try to be more diverse. We had lost because of what we call a "wait list" yet we were not the only UC to do this. That is a reason why we lost a number of Hispanic students. UCLA and Berkley's admittance spiked while we lost. Hopefully we won't have to wait list the following year.

6:15    AVP Juarez: How do you feel about a Pilot Project?
VC Gonzalez: I can only speak briefly about this. UCLA has started a pilot project and we are watching to see what happens.

6:20  Senator Awe: Why are the Sun God recommendations never published? What is being done about housing and more admittance? And how about parking spots?
VC Gonzalez: We received many recommendations about Sun God and released all the recommendations to everyone. But they were never meant to be published. But we are more than happy to give them to anyone who asks. Housing is impact. We plan to build additional housing. An accelerated project has been started with hopes of launching in Fall 2019. We are maintaing a 2 year guarantee but I don't know how long we can keep this. Many arriving freshman and transfers wish to

live on campus and thus housing is in high demand. With parking, I think we should all just pray. We should utilize public transportation. It is a high demand product and parking structures are expensive. We don't have the land to pave more spots. We should utilize ride sharing and public transportation.

6:21  VC Gonzalez: It is our job to welcome all the new students to welcome them to our community. We should convince students to come to UCSD. Triton Day is a very successful and convincing day for our visitors and future students. We can endure and benefit from your involvement to accept and enroll in UCSD.

6:25  Senator Hosch: What is being about CAPS wait time? Is there also a way to include Summer Bridge programs in General Orientation, specifically the campus tours and campus history?

VC Gonzalez: President Napolitano found that CAPS wait time is excessive considering the wait time is 4-5 weeks. That is unacceptable. Student fees have been approved. $16 of student fees will be going to student fees to increase the CAPS staff to reduce the wait time. What happens in each college is the decision of the colleges. You would need to talk to each college to include what Summer Bridge does into their programs. Summer Bridge has incredible experiences in helping student succeed. Incorporating Summer Bridge into other programs is a great idea. We are interested in Summer Bridge to partner with as many partners as possible.

6:28  Senator Perez: UCSD students found the statement realized earlier this week to be overreactive. Would you care to explain?

VC Gonzalez: I would disagree. I don't think it was overreactive. If we didn't react, the silence would be deafening. Reactionary, no. Proactive, yes. It was short and simple and spot on.

6:31  AVP Snyder: Can you talk about housing insecurities and financial literacy?

VC Gonzalez: I worry a great deal about housing insecurities. Every one of you probably knows someone who has a housing insecurity. I have had conversations with my colleagues to discuss this problem and we need to attend to it. Financial literacy is somewhat connected. We need to help students to help them with these skills. We cannot assume that students are walking onto this campus with these skills. We want to up our game in financial literacy for students.

6:35  Senator Vahdani: Some student think administration to have tangible goals to increase yield targets?

VC Gonzalez: We do have a yield targets which are very detailed and specific. Regarding first generation, many of our low income students are first generation. We have a goal for CA residents but not first generations. But our analyzes of our enrollment is very deep.

6:36  Senator Perez: Glider's Port is a place where student utilize for free parking. Lately they have gotten tickets. Do you have insight about Glider Port and its future?

VC Gonzalez: I know where it is but I don't know why they are charging. But I

can look into it if you want.

6:38  Senator Zhong: I have seen improvement in the online program for sexual assault training but I'm still not satisfied. Is your office pushing for a campus wide training for sexual assault training?
VC Gonzalez: Yes I advocate but I do not have power to mandate.

6:40  AVP Snyder: Is your office used to publicize a survey about attendance?
VC Gonzalez: The survey is critical. This is the data we use to estimate the cost of attendance. The more accurate the data, the more accurate the cost is. Regarding food insecurity, the food pantry was a great idea. Yet the issue isn't solved. It is a critical variable.

6:44  Senator Pennish: What impact will the increase on tution have with transfer admittance? Do you anticipate the effect it will have for transfers and what we should do about it?
VC Gonzalez: 90% of transfers are from California community college and 50% of that is from the region's community college. There is a lot of talk with community colleges to make sure our systems sync. For every 2 freshman, it should be 1 transfer student admitted. Finding transfers is not a problem The biggest challenge is identifying a transfer student and not having them isolate. They should be included and accepted in the community. It's about curriculum and connecting them to Career Services Center because they are already juniors and they are ready for that point in their life.

6:50  Senator Panduro: How is the administration actively working to go to the community rather than having the community coming to UCSD? Also UCSD has less than 2% of Black students on campus. What is UCSD doing to increase the Black student and their involvement?
VC Gonzalez: Let me correct you, there are 2.2% undergraduate African American students. We don't admit based on race. We have people working with local communities to increase the numbers. A scholarship program will hopefully entice them to come and choose our university. You spoke of Berkeley. They started a $20 million campaign, which they don't have. I don't want this to be a publicized event. I want to have an achievable goal.

6:51  FC Britt: I have a question on the finance side of Sun God. I was informed that your office is supposed to be apart of the Sun God finances. Is that still happening?
VC Gonzalez: Our funding has been constricted. There will be no funding from my office for Sun God.

6:54  Senator Awe: Can you educate people on the federal loan program. Also, education is a human right not impact. What can students do to help combat tuition?
VC Gonzalez: I agree on education on the federal loan program. I am happy to hear more about this. Anything that helps students be more aware of their finances. Regarding tuition, students should be outspoken and articulate. Do your

homework and present your best arguments. But you have to do your homework.

6:55    President Suvonnasupa: Do you have a plan to meet the Black Student Union as of 2010? Can they be shared?
VC Gonzalez: I arrived 2014. I read about 2010 demands. I have read what has been met and what has not. I am more than open to meet with the Black Student Union to see what I can do about the demands.

6:57    President Suvonnasupa: What is being done to diversify faculty?
VC Gonzalez: They are working on diversifying faculty hiring and expanding the applicant pool and expand the hiring. Someone is working on diversifying the faculty. It is not a simple request.

6:59    President Suvonnasupa: How can the DEI be beneficial to students?
VC Gonzalez: I would love to hear suggestions. As partakers of the classes, I would love to hear what you think. I've had people who loved the class and people who didn't. I would love to hear your input and transmitted to the academic side to discuss the future of these classes.

7:02    President Suvonnasupa: What is being done about the awareness of anti-Blackness?
VC Gonzalez: I'm going to speak with a level of care. It exists, it is visible, it is measurable. It exists in our society and exists on our campus. I hope our ethnic studies program helps educate our students and they become aware of the unique cultures. In Student Affairs perspective, I want to celebrate uniqueness. If we can help individuals to learn how to communicate, we can end up being better citizens. I hope I did not skirt the question. I hope this is transparent.

7:03    President Suvonnasupa: Can I follow up to have a more intimate conversation about this topic?
VC Gonzalez: I am very open to this conversation.

7:04    VC Gonzalez: Thank you so much!

7:04    Move to reorder to public input

7:06    Student: I speak on the recent issues of Koala. I don't know why this publication is to remain on campus and I would like to know where AS stands on this issue.

7:08    Student: If you all are representing all students on campus, is there a way AS to include all people so people don't feel uncomfortable. It should be an effort of AS to educate the students. It is evident and I feel AS is not on the same page.

7:10  Student: There is something to be said about free speech.We're not saying to shut the Koala down but we don't want student funds to support something that feels unsafe.

7:10  Student: I have heard Sun God may or may not be happening. My question is what happens to our student funds that go towards Sun God? Where will it be allocated?

7:11  Student; My question is what are you doing for first year students and how are you yielding them?

7:12  Student: I have heard Sun God may or may not be happening. My question is what happens to our student funds that go towards Sun God? Where will it be allocated?

7:14  Reports of Council Projects

7:14  Senator Hosch: Taco with your Senators on December 1 with my fellow Senator

7:15  Reorder to Special Presentation by Guillermo Rogel and Paty Arroyos "UCSD SAGE Proposal"

7:19  UC Student Association (UCSA) tries to highlight student issues and creates a baseline for what UCs should do. I am hear to talk about the new funding model of UCSA

7:20  We have a new accronym called SAGE which stands for Student Advocacy Governance & Engagement

7:22  The current problems for UCSA is poor representation and fallout from controversial decisions. UCSA benefits everyone but association pay different dues. The budget is unpredictable. We want there to be an opt out fee. There is a restraint on staff retention. Also dues are stagnated over time.

7:25  The main principles of UCSA started because student were outspoken and there was proven advocacy and activism from students. Students should choose whether to fund UCSA through an opt-out system. SAGE funds would be maintained by student representatives from every campus and would create a stable source of funds to sustain the student movement in CA.

7:26  Some potential revenues include expanding conferences, improving student representation in Statewide and Federal affairs, recognizing student accomplishments and increasing access to UCSA, improvements to staffing and bringing tech presence into the 21st Century.

7:28  We will be introducing this to the Board of Regents. It's all about what our presence is in the schools. If we are not there, the policies will look much different. Learn more at ucsa.org/sage

7:31 We can always come back to have a SAGE town hall but I want to open up the advocacy now. I hope you all become engaged.

7:32 VP Fabella: Can you articulate what the ask is?
Rogel: The fee right now is about $1.30 and another UC is more. We want to stabilize the fee for all campuses. The fee is subject to financial aid. $4-6 return on financial aid.

7:33 AVP Snyder: What is your calculation about how many people would opt-out?
Rogel: They had an opt out rate of no more than 10% so we hope it doesn't go over that.

7:34 Senator Pennish: I'm confused. Can you explain payment?
Rogel: Campuses vary on how this fee is paid. We are asking campuses to stabilize the fee

7:36 President Suvonnasupa: What is priority?
Rogel: We ask where the students want through survey. We are looking to increase staff and increase more conferences.

7:37 FC Britt: What is the fee per quarter? If it goes through, would we pay less to attend conferences?
Rogel: $4-6 would be yearly. It would not change the payment of conference, but the payment of conferences depends on the school.

7:39 Senator Panduro: What would happen to first years and their education about UCSA? Would UCSA do anything to help educate the campus?
Rogel: We are open to having a town hall to help educate about UCSA. If you think you can make the decision on your own, that's fine. For first years, we have multiple ways to reach out to them throughout their time on campus as a first year.

7:39 AVP Snyder: Our your yearly budgets available online?
Rogel: Yes they are online on our website

7:40 Senator Pennish: What is your timeline on the project?
Rogel: We want to have it as soon as possible but it depends on each campus and how educated the campus is on it

7:41 Thank you! and that concludes special orders

7:42  AVP Osilesi: We have lots of groups coming and lots of training for advocates and hope that they have the resources they need

7:42  Senator Perez: All campus commuter board is having a social hour tomorrow

7:43  AVP Lightman: We are putting together a beach clean up at Mission Beach on Sunday from 11am to 1pm. It is on the Facebook group on the Associated Students page.

7:44 AS Advisor Weng: Timesheets are due on Friday. I will send out Order of Business on Monday after Thanksgiving

7:46  VP External Fabella: I hope all you received the newsletter I sent out today. I try to put as much information about external news on them as possible. Some things on the newsletter include creating a PSA and some volunteers for conference planning are needed. There is a call as well tomorrow and I will forward a call link tomorrow.

7:48 AVP Fronda: First Year council is planning a distress event. They also wanted to include mental health. In my office, we have planned a retreat which will take place in winter quarter. The dodgeball contest is also in the works.

7:50  AVP Walker: Since we last met, we just had an event out there. We discovered a lot of people who liked Hullabaloo. We had the most scanned students in this event. We saw a huge decline in student alcohol and safety use. I would like to express gratitude and thanks. It is a relief to see such a positive trend.

7:50  AS Director Weddle: Please think about where new hydration stations should be located. I will ask during question time.

7:51  AVP Pankam: 11am-3pm is a pop up flea market on library walk. Hope to see you all there

7:52  UCAB Chair Maniti: I usually have class during this time but feel free to reach out to me if you have any questions

7:52 Senator Pennish: We have been surveying transfer students and we have a senator event planned.

7:53  AVP Moll: Our first GBM will be on the 30th. We hope to have a pre-opening event for Men's Basketball soon

7:53  Senator Vahdani: It's Marshall Week. Stop by Marshallpaloza on Friday from 7pm to 11pm.

7:54  FC Britt: Week 10 Order of business seeing a $14.92 increase in referendum.

7:58  VP Valdivia: We talked about sexual orientation and gender issues. We discussed counciling like CAPS. Speaking of CAPS, we are working on Tritons Flourish where all students can flourish. New ideas for campaigns and promotions are in the works. Also due to budgetary cuts, we will not be using UCSD catering but Lolitas for pancake breakfast during finals. Council is mandated to help show up and help on Monday December 7. We have many sponsors and it will be a great event.

7:59  AVP Osilesi: Thank you to Graphic Design for making a nice sign for our office.

8:00  AVP Snyder: Crowdsurf is like crowdfunding for UCSD. Just send me an email and I can get you in contact with the right people.

8:00  Move to report of Council Projects

8:02  AVP Juarez: I've been looking into students to go into conferences about ENCORE. I will be available to answer any questions for students who are interested in ENCORE. Someone will be there to discuss his experience, scholarship and proposals about this.

8:04  Senator Van de Streek: Provide updates on my council project. I have a staff associate on this project. I have met with many people regarding my project. We decided to host the conference on campus for feasibility. If anybody could provide support in any way it would be greatly appreciated.

8:04  Move into question time

8:04  Director Weddle: Where do you want the hydration Stations?
Senator Hosch: Outside of York and Center Hall, ERC, and all markets

8:05  Senator Gianino: Outside the village

8:05  Senator Awe: the I-house laundry room

8:05  Senator Valdez: I-House office and ERC admin building

8:06  AVP Snyder: the original Student Center, preferable near the food pantry

8:06  Senator Vahdani: Marshall Upper Apartment Building Laundry Room, Marshall Admin Building, Fireside Lounge

8:07  AVP Osilesi: Warren Building EDU 3, Warren lecture hall, and by Peets coffee & short stop area, and Gilman and Myers Bus stop area

8:08  UCAB Chair Maniti: Under Great Hall

8:09  Senator Zhong: RIMAC Soccer field

8:09  VP CA Valdivia: OASIS

8:10  Senator Le: Pepper Canyon Hall 2nd floor

8:10  Senator Awe: 1st floor price center east and west

8:10  AVP Snyder: Near parking lots and structures

8:14  AVP Walker: Senator Hosch, what is in these boxes?
Senator Hosch: They are passion planners. They will also be handed out in Bear Gardens this Friday.

8:15 Moving to Reports of Finance Committee

8:16 F1, F2, F5, F7, F13 have been approved

8:17 F3, F4, F9, F11, F12, F14 ammended

8:17 Reports to Legislative Committee

65

8:20  L2-L5 approved

8:21  L6-L8 pulled from committee for explanation. Campus Organizing Director (COD) has taken awhile but application was open for 2 weeks and have been appointment

8:22  L6-L8 approved
L9-L12 approved

8:22  L1 moved to council floor

8:27  President Suvonnasupa: The new constitution has been amended slightly. Highlighted parts are the ones that are changed as recommended. (Explaining the changes made and why)

8:31  Senator Awe: There was much support to keep as 1 international and 1 out-of-state. The appointment time is also in question as it may not align with other schools. CCPs not included in article 8. Concern in not electing 3 First Year students is in violation. Concern turning AVPs into lobbyist which turns them into special interest groups in a way. Concern on how this makes sense. Concerns on the fact bylaws not written yet.

8:36  President Suvonnasupa: Bylaws have not been written because it is very long and it currently does not match our constitutions. Execs are going to college councils to discuss this further. Regarding First Year Senators, it is not in violation yet and we are trying to keep a balance in power. It is a great point. It was not intended to be political. It is still not too late to appoint another First Year Senator. We keep changing it from Week 5 to Week 8 and it's a fickle. We want to be align with other schools and also a transition period. That way we could shadow and have some sort of guidance. We believed that Week 10 would be too late. There is a rational to why it is Week 8. AVP being lobbyists; they don't have a vote. They were not elected by the student body so they have to in a sense lobby. That's why we separate AVP and Senators because AVP has very specific work and we want them to focus on their specific work.

8:38  Senator Young: Clerical errors. Also explanation of separation of out-of-state and international senators.
President Suvonnasupa: We separate the group because it is a growing group and there are reasons. I will ask for council input later.

8:42  Senator Vyas: If we are trying to represent a small community why don't we represent students of underrepresented students?
Senator Juarez: I think it's hard to represent that community because it is so coimplex

| | | |
|---|---|---|
| 8:44 |  | AVP Snyder: move to amend document, Article 5 section 5 subsection a; strike "elected" and add that the financial controller may only vote in a veto in case of a decision regarding financial matters |
| 8:45 | | President Spicer: Because Financial Controller is appointd they should not be able to vote |
| 8:45 | | Senator Awe: What is to define financial matter? |
| 8:46 | | AVP Snyder: in regards to veto, it is up to senate |
| 8:46 | | Senator Hunter: It's overwhelming defining elected vs. appointed |
| 8:47 | | Senator Pennish: I favor the amendment. You definitely want a tangible opinion. Financial Controller has a lot of opinion. In regards to voting, they are only voting for financial matters |
| 8:47 | | Senator Hosch: This will not pass in college councils if this statement is included |
| 8:51 | | Voting on the amendment Article 5 Section 5 Subsection A
Amendment passes |
| 8:53 | | President Spicer: Concern about appointment of 2 First Year Senators. It was assumed that the new constitution was going to pass but it hasn't and the old constitution still states 3 |
| 8:55 | | Senator Juarez: I'm confused. I thought it was really 2 and then switched to 3 and then back.
Director Weddle: I think it was switched back but I'll look into it |
| 8:55 | | AVP Osilesi: You should go to J-Board if you have any issues. |
| 8:57 | | FC Britt: When will it take effect? Winter Week 5. I think standing rules will be in place by winter week 5. Certain schedules can be affected because the meeting time hasn't been established and could affect class schedules. |
| 8:58 | | AVP Snyder: Standing rules are almost 200 pages long. And that takes a long time. Provisos that say Winter Week 5 should Spring Quarter week 1. |
| 9:04 |  | L1 laid on table |

9:07      L13 striking sections d, e, and f

9:10      Objection from AVP Snyder: this affects a wide variety of student organizations. It hurts other media organizations who don't have a guarantee on funding. Now may be the wrong time to do that

9:12      AVP Juarez: Other schools like SDSU doesn't fund their media publication. There are several aspects to look at rather than incidents. There are active ways to find alternative sources of funding.

9:13      President Suvonnasupa: The question is do we fund media at all? It expresses an opinion of that group. Should student fees be used to fund these events? There is a difference between print and event in my opinion

9:15      FC Britt: We are voting on pulling a type of funding AS has been involved in. Groups have requested media requests for fall quarter. If these are striked and passed, the requests become voided. It should be clear which document is superseding. A confirm no is a long term no. From a legal standpoint, we do not have to fund media but if we do fund, we need to be equal/content neutral in funding.

9:19      AVP Juarez: Objectivity does not exist. I'm really upset what has come out of this publication.

9:20      AVP Walker: We do have to do the right thing. Decisions will have consequences. Not only do we have to do the right thing but we have to do it in the right way. That is ultimately what this conversation is about.

9:22      Senator Roberts: We nix them now does not mean that others who are funded by this cannot find alleyways to find different ways of funding. But we should nix this media funding now.

9:24      VP Ex. Fabella: We are in a space where we can talk about what will happen to this law. We need to think about this careful. This needs to be a conversation to have, regardless of freedom of speech.

9:26      FC Britt: I know that there are a lot of feelings in this room. AS is open to a judicial board and a legal board. There are other avenues besides AS J Board. I recognize this is not a neural subject. I'm trying to minimize exposure to risk.

9:28      Senator Perez: I see both sides of this argument. In this case right now, this is our time to be leaders and making hard choices. We are making a political statement with our political voice. It may be easy to be emotional, but it is also easy to be cut and dry on this topic. There are two hard decisions.

9:29      Senator Perez: I see both sides of this argument. In this case right now, this is our time to be leaders and making hard choices. We are making a political statement with our political voice. It may be easy to be emotional, but it is also easy to be cut

and dry on this topic. There are two hard decisions.

9:30  AVP Snyder: Council needs to weigh in what is of most importance

9:31  Senator Pennish: I think alternate funding needs to be secured. It shouldn't be to pull funding away because some groups benefit and are positive to the campus.

9:32  Senator Roddick: We should at least talk to media publications to see alternative media funding as that would be a transparent thing to do

9:34  Senator Hunter: Is there a way to receive a list of current orgs who use this funding? By cutting media funding, we will also be cutting other publication. To say it was allocated in funding and back out, it won't look good on our point.

9:36  Senator Vu: Campus climate has gotten so bad across the country. I feel like this should happen so we can represent our constituents

9:37  VP CA Valdivia: I am open to finding alternative funding. It's been talked about before and nothing has been done. Something should be done now.

9:38  President Suvonnasupa: It has to be looked as a whole. We aren't saying we are limiting free speech. Everything printed on AS Funds is AS responsibility. Everything printed, good or bad, is partially our responsibility

9:40  Roll call vote on amendment to strike out section 2.4 d,e, and f.

9:42  Amendment passes, d, e, f, have been striked

9:45  FC Britt: Strike document where it says media funding. Add statement that says "standing rules supersede the Funding Guide with respect to media funding. AS does not fund printed media."

9:46 Roll call vote to approve document as a whole

9:48  Document passes

9:48  L1 back on council floor

9:49  President Suvonnasupa: Colleges any other issues? Let's clear this up now.

9:50 Senator Vahdani: Why we appointed out of state and international senator?
President Suvonnasupa: we don't have a metric on how to measure who counts as out-of-state and international. These groups need representation as of yesterday. It's not perfect but it's a big step.

9:52 Senator Awe: Clerical error

9:53 Senator Kamali: Clarification of the vote of the Financial Controller
Answer: the financial controller has a certain type of vote which we had discussed earlier

9:54 AVP Snyder: In regards to Senator Vahdani's statement, financial office does not distinguish out of state and international, they have resident and non resident.

9:56 PHC Rep DeVore: Clarification in Financial Controller because everything regards to finances; it's a veto power. That was my comment.

9:56 President Suvonnasupa: We need to define what a financial matter is

9:59 Senator Vahdani: Can't the same logic of appointment be applied to off campus senators?
President Suvonnasupa: With out-of-state/international we want someone who is from that community to represent their community. Because these positions are more niche, you need to be in that situation to have experience that situation.

10:00  Senator Vyas: According to our International at large there is a list of international students somewhere

10:01  Entering mediate caucasus for 20 minutes

10:02  VP CA Valdivia: taking straw polls

10:06  President Suvonnasupa: Finance controller should only veto budgetary issues. We should also add an Article 7. The first year senator is a big issue and we should address it now. Do we want to appoint another first year senator? (straw pole)

| | | |
|---|---|---|
| 10:08 |  | AVP Snyder: How many voting member do we have present? Do we have enough members to ratify the constitution? |
| 10:10 | | Senator Awe: My opinion, Senate override should be 3/4 not 2/3 if it regards financial matters. |
| 10:13 | | AVP Fronda: Can Senator Awe explain her opinion?<br>Senator Awe: A 3/4 override is higher percentage than a 2/3 override. If it was the other way around, the override would not be even. |
| 10:14 | | VP CA Valdivia: Remember international and out-of-state. Financial Controller can be amended but someone who voted yes needs to start amended.<br>Moving out of moderate caucus. |
| 10:15 | | Senator Aguilar: Reconsider Financial Controller vote |
| 10:15 | | Amendment to say "directly regarding the AS budget and pulling funds from Mandated Reserves" |
| 10:17 | | Friendly amendment to include " at which point the veto will require a 3/4 vote" |
| 10:19 | | President Suvonnasupa: Article 7 to include statement that says "officers shall be ex-officio members of Senate" |
| 10:20 | | Removing "elected at large" from Article 7 subsection g and h |
| 10:23 | | President Suvonnasupa: Article 7 section 1 amend provisio to strike "Section 1, subsection d shall take effect immediately, while other"<br>Amendment passes by consensus. |
| 10:28 | | Amend Article 7 section 1 provisio to say that Section 1 subsection d shall take effect when the next First-Year Senators are appointed in Fall 2016. |
| 10:31 | | Senator Young: Clerical errors |
| 10:36 |  | Roll call vote on document; document passes |
| 10:36 |  | Entering new business |

10:37  AVP Walker's appointments entered into new business and approved

10:38  AVP Snyder: Appointments of Moves Commission into New Business and approved

10:38  Entering Open Forum

10:39  VP Valdivia: Please share about the Pancake Breakfast. Contact me about helping me with the PSA on Tritons Outfitters.

10:41  President Suvonnasupa: Thank you for staying with us and making tough decisions. Be prepared because there will be a lot of conversations about decisions. Keep checking in with us before reacting to rumors or whatever you hear.

10:42  AVP Snyder: Second what President Suvonnasupa. Thank you to council for making a decision. It's good progress. On a lighter note, food pantry news. We ran some numbers. We hit 1400th unique user. 4400 students in total. Food pantry budget has been approved so stuff will be bought soon. We are getting a food delivery on Friday at 9 am.

10:43  AVP Osilesi: Academic of Integrity Office has something on Monday. There are also some fun trivia events next week. The Winter org fair is coming up as well. Please come out and join us.

10:44  Senator Perez: Extending invitation to help brainstorm about any ideas about your project.

10:45  AVP Walker: 2 events this week. Tomorrow night Lost Boy Crows coming to the loft, free for UCSD students, $10 for a guest. Doors open at 8pm. It's on the ASCE website. Friday is 2nd Bear Garden this quarter.

10:47  FC Britt: Tomorrow notifications will go out to notify organizations of the change. We will make the announcement on the list serve. Future meetings different organizations may have some input during public input. We are expecting a letter from legal council soon about our decision. We are protected by legal council.

10:48  Senator Vahdani: Express disappointment about VCSA tonight to be outspoken. For instance there is an economic cost on Triton Day. We should be critical about comments. Just wanted to share

10:49  AG Grimm: You may see a little bit less of me on the 4th floor

10:50  Senator Perez: He needs to be more with the people. Agree with Senator Vahdani.

10:51  Final Roll Call

10:52 Meeting adjourned at 10:52

10:53



Writer: Associated Students

November 18, 2015 ASUCSD Meeting

Close

powered by
Google translate
English
简体中文
Czech
Dansk
Deutsch
Español
Finnish
Français
Italiano
日本語
한국어
Nederlands
Norsk
Português
Русский
Svenska

Close

| Live Now! | Upcoming Meetings | Past Meetings |
| --- | --- | --- |

April 20, 2016 ASUCSD Council Meeting
April 13, 2016 ASUCSD Council Meeting
April 6, 2016 ASUCSD Council Meeting
March 30, 2016 ASUCSD Council Meeting

**More...**

73