David Loy (SBN 229235)
**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone:  (619) 232-2121
Facsimile:   (619) 232-0036
davidloy@aclusandiego.org

Ryan T. Darby, Esq. (SBN 264357)
**THE LAW OFFICE OF RYAN T. DARBY**
525 B Street, Suite 1500
San Diego, CA 92101
Telephone:  (619) 858-4766
Facsimile:   (619) 243-7226
darby@darby.law

Attorneys for Plaintiff  THE KOALA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

THE KOALA,

    Plaintiff,

    v.

PRADEEP KHOSLA, et al.,

    Defendants.

**Case No.: 16cv1296 JM (BLM)**

**PROOF OF SERVICE**

    The undersigned hereby certifies that he is an employee for the ACLU Foundation of San Diego & Imperial Counties, P.O. Box 87131, San Diego, California 92138-7131; is a person of such age and discretion to be competent to serve papers; and that on **November 15, 2016**, he served copies of the following document(s):

    **1. SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**X**    by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system, such document(s) will be deemed served.

_____ by transmitting via facsimile the document(s) listed above to the fax number(s) specified on this date before 5:00p.m.

_____ by placing the document(s) listed above in a sealed envelope with certified postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

_____ by placing the document(s) listed above in a sealed envelope with postage thereon fully Prepaid, and deposited with Federal Express Overnight at San Diego, California to The Office of The General Counsel of The Regents of the University of California, 1111 Franklin Street, 8th Floor, Oakland, CA 94607-5200.

_____ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on **November 15, 2016**, at San Diego, California.

Dated: November 15, 2016

By**: s/ David Loy**
David Loy
Attorney for Plaintiff

2                                          3:16-cv-01296-JM-BLM