UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 24 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE KOALA, an unincorporated student association,<br><br>         Plaintiff - Appellant,<br><br> v.<br><br>PRADEEP KHOSLA, in his official capacity as Chancellor of the University of California, San Diego; et al.,<br><br>         Defendants - Appellees. | No. 17-55380<br><br>D.C. No. 3:16-cv-01296-JM-BLM<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

At the direction of the Court, costs are hereby taxed against the defendants-appellees.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Anthony Kurosh Molavi
Deputy Clerk
Ninth Circuit Rule 27-7