

FILED

OCT 8 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE KOALA, an unincorporated student association,<br><br>       Plaintiff-Appellant,<br><br>v.<br><br>PRADEEP KHOSLA, in his official capacity as Chancellor of the University of California, San Diego; et al.,<br><br>       Defendants-Appellees. | No. 17-55380<br><br>D.C. No.<br>3:16-cv-01296-JM-BLM<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: FISHER and CHRISTEN, Circuit Judges, and SHEA,[*] District Judge.

    Appellee is directed to file a response to Appellant's petition for panel rehearing and rehearing en banc filed on September 27, 2019.  The response shall not exceed 15 pages or 4200 words and shall be filed within 21 days of the filed date of this order.

---

    [*] The Honorable Edward F. Shea, United States District Judge for the Eastern District of Washington, sitting by designation.