

FILED

NOV 15 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE KOALA, an unincorporated student association,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>PRADEEP KHOSLA, in his official capacity as Chancellor of the University of California, San Diego; et al.,<br><br>　　　　Defendants-Appellees. | No.　17-55380<br><br>D.C. No.<br>3:16-cv-01296-JM-BLM<br>Southern District of California,<br>San Diego<br><br><br>ORDER |

Before: FISHER and CHRISTEN, Circuit Judges, and SHEA,[*] District Judge.

　　The panel has unanimously voted to deny Defendants-Appellees' petition for panel rehearing. Judge Christen has voted to deny the petition for rehearing en banc, and Judges Fisher and Shea have so recommended.

　　The full court has been advised of Defendants-Appellees' petition for rehearing en banc, and no judge of the court has requested a vote on the petition for rehearing en banc. Fed. R. App. P. 35.

---

　　[*]　　The Honorable Edward F. Shea, United States District Judge for the Eastern District of Washington, sitting by designation.

The petition for rehearing and the petition for rehearing en banc are DENIED.