UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KOALA,<br><br>　　　　　　　　　　　　Plaintiff<br><br>v.<br><br>PRADEEP KHOSLA, in his official capacity as Chancellor of the University of California, San Diego, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.:  16CV1296-JM(BLM)<br><br>**ORDER SETTING TELEPHONIC, ATTORNEYS-ONLY CASE MANAGEMENT CONFERENCE** |

　　　On December 13, 2019, United States District Judge Jeffrey T. Miller held an Appeal Mandate Hearing in the above-entitled matter.  ECF No. 49.  During the hearing, Judge Miller ordered counsel for the parties to contact Judge Major for a "briefing schedule and ENE."  Id.  In light of Judge Miller's order, the Court finds it appropriate to hold a telephonic, attorneys-only Case Management Conference on **December 20, 2019** at **2:30 p.m.**   The Court will initiate the call.  Failure to participate may result in the imposition of sanctions.

　　　**IT IS SO ORDERED**.

Dated:  12/16/2019

　　　　　　　　　　　　　　　　　　　　　　　　_Barbara L. Major_
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Barbara L. Major
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

16CV1296-JM(BLM)