SCHIFF HARDIN LLP
Matthew B. Mock (SBN 316380)
*mmock@schiffhardin.com*
5000 Birch St., Suite 3000
Newport Beach, CA 92660-2140
Telephone: (949) 623-2000

Jean-Paul P. Cart (SBN 267516)
*jcart@schiffhardin.com*
Four Embarcadero Center, Suite 1350
San Francisco, CA 94111
Telephone: (415) 901-8700

Attorneys for Defendants
PRADEEP KHOSLA, DANIEL JUAREZ,
and JUSTIN PENNISH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KOALA, an unincorporated student association,<br><br>Plaintiff,<br><br>v.<br><br>PRADEEP KHOSLA, in his official capacity as Chancellor of the University of California, San Diego; DANIEL JUAREZ, in his official capacity as President of the Associated Students of the University of California, San Diego; and JUSTIN PENNISH, in his official capacity as Financial Controller of the Associated Students of the University of California, San Diego,<br><br>Defendants. | Case No. 3:16-cv-01296-JM-BLM<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS**<br><br>**Case Filed:** May 31, 2016<br>**Judge:** Hon. Jeffrey T. Miller<br>**Hearing Date:** February 24, 2020<br>**Hearing Time:** 10:00 a.m.<br><br>*Memorandum of Points and Authorities filed concurrently herewith.* |

DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 24, 2020 at 10:00 a.m., Defendants Pradeep Khosla, Daniel Juarez, and Justin Pennish, in their official capacities ("Defendants"), by and through their counsel of record, will and hereby do move the Court to stay these proceedings pending resolution of Defendants' Motion To Recall Mandate And Withdraw Opinion pending before the Ninth Circuit Court of Appeals.

Defendants move to stay on grounds that 1) the Plaintiff's claims became moot while the appeal of the Court's Order granting Defendants' Motion to Dismiss the Second Amended Complaint was pending; 2) Defendants' Motion to Recall Mandate and Withdraw Opinion pending before the Ninth Circuit addresses this important issue of Plaintiff's lack of standing; 3) the Ninth Circuit's ruling on that motion has the potential to completely resolve this case; 4) it is in the interests of judicial economy to stay these proceedings given that the Ninth Circuit may resolve this case; 5) the Defendants would suffer hardship if they were required to continue litigating in the District Court while the Ninth Circuit is considering a motion that may result in the dismissal of the case; and 6) the Plaintiff will not suffer prejudice from the stay, because Defendants have asked for an expedited ruling from the Ninth Circuit, and the stay is necessary to resolve a mootness issue of the Plaintiff's own making.

This Motion to Stay Proceedings is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities in support thereof, the pleadings, papers, and records presently on file in this action, and such oral argument as may be properly presented before or at the hearing on this Motion.

| | |
|---|---|
| Dated: January 13, 2020 | SCHIFF HARDIN LLP |
| | By: */s/ Jean-Paul P. Cart* |

SCHIFF HARDIN LLP
Matthew B. Mock (SBN 316380)
*mmock@schiffhardin.com*
5000 Birch St., Suite 3000
Newport Beach, CA 92660-2140
Telephone: (949) 623-2000
Facsimile: (949) 476-3758

Jean-Paul P. Cart (SBN 267516)
*jcart@schiffhardin.com*
Four Embarcadero Center, Suite 1350
San Francisco, CA 94111
Telephone: (415) 901-8700
Facsimile: (415) 901-8700

Attorneys for Defendants
PRADEEP KHOSLA, DANIEL JUAREZ, and JUSTIN PENNISH