UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THE KOALA, | Case No.: 16cv1296-JM(BLM) |
|---|---|
| Plaintiff, | **ORDER RESETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| v. | |
| PRADEEP KHOSLA, in his official capacity as Chancellor of the University of California, San Diego, et al., | |
| Defendant. | |

Due to a conflict on the Court's calendar, the telephonic Case Management Conference currently scheduled for June 1, 2020 at 11:00 a.m. is hereby **RESET** to **June 3, 2020** at **1:00 p.m.** All other guidelines and requirements remain in effect. See ECF Nos. 60, 64.

**IT IS SO ORDERED**.

Dated: 5/22/2020

Hon. Barbara L. Major
United States Magistrate Judge