SCHIFF HARDIN LLP
Jean-Paul P. Cart (SBN 267516)
jcart@schiffhardin.com
Matthew B. Mock (SBN 316380)
mmock@schiffhardin.com
Four Embarcadero Center
Suite 1350
San Francisco, CA 94111
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Attorneys for Defendants
PRADEEP KHOSLA
DANIEL JUAREZ
JUSTIN PENNISH

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KOALA, an unincorporated student association,<br><br>Plaintiff,<br><br>v.<br><br>PRADEEP KHOSLA, in his official capacity as Chancellor of the University of California, San Diego; DANIEL JUAREZ, in his official capacity as President of the Associated Students of the University of California, San Diego; and JUSTIN PENNISH, in his official capacity as Financial Controller of the Associated Students of the University of California, San Diego,<br><br>Defendants. | Case No. 3:16-cv-01296-JM-BLM<br><br>**JOINT MOTION TO CONTINUE**<br><br>*Proposed order filed concurrently herewith.* |

TO THE HONORABLE COURT:

Plaintiff The Koala ("Plaintiff") and Defendants Pradeep Khosla, Daniel Juarez, and Justin Pennish, all sued in their official capacities (collectively, "Defendants") hereby request that

JOINT MOTION TO SET BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS

1  the Court enter an order continuing the telephonic case management conference (currently set for
2  June 3, 2020 at 11:00 a.m.) to June 24, 2020, or another date convenient to the Court.

3      The parties are continuing to engage in productive discussions following the recent Early
4  Neutral Evaluation, but have nothing to report to the Court at this time.  The executive leadership
5  of the Associated Students of the University of California, San Diego recently changed over, and
6  advising the new executive leadership will take additional time.  The parties do not believe that
7  entry of a case management order is necessary at this time, and respectfully submit that it may be
8  counterproductive to the current discussions.

9      The parties respectfully request that the currently-scheduled case management conference
10  be continued by three weeks, to June 24, 2020, or another date convenient to the Court.

Dated:  May 29, 2020

| SCHIFF HARDIN LLP | ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES |
|---|---|
| By: */s/ Matthew B. Mock*<br>Matthew B. Mock<br>Jean-Paul P. Cart<br>mmock@schiffhardin.com<br>jcart@schiffhardin.com<br>Four Embarcadero Center<br>Suite 1350<br>San Francisco, CA 94111<br>Telephone: (415) 901-8700<br>Facsimile: (415) 901-8701<br><br>Attorneys for Defendants<br>PRADEEP KHOSLA<br>DANIEL JUAREZ<br>JUSTIN PENNISH | By: */s/ David Loy*<br>David Loy (Bar No. 229235)<br>*davidloy@aclusandiego.org*<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>Telephone:  (619) 232-2121<br>Facsimile:   (619) 232-0036<br><br>LAW OFFICE OF RYAN T. DARBY<br><br>By: */s/ Ryan T. Darby*<br>Ryan T. Darby (Bar No. 264357)<br>*darby@darby.law*<br>350 10th Avenue, Suite 1000<br>San Diego, CA 92101<br>Telephone:  (619) 858-4766<br>Facsimile:   (619) 243-7226<br><br>Attorneys for Plaintiff<br>THE KOALA |

**ATTESTATION OF FILING PARTY**

I hereby attest that all parties listed as signatories concur in the contents of this Motion.

Dated: May 29, 2020

  /s/ *Matthew B. Mock*
    Matthew B. Mock