David Loy (SBN 229235)
**ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone:  (619) 232-2121
Facsimile:   (619) 232-0036
davidloy@aclusandiego.org

Ryan T. Darby, Esq. (SBN 264357)
**THE LAW OFFICE OF RYAN T. DARBY**
525 B Street, Suite 1500
San Diego, CA 92101
Telephone:  (619) 858-4766
Facsimile:   (619) 243-7226
darby@darby.law

Attorneys for Plaintiff THE KOALA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KOALA, an unincorporated student association,<br><br>Plaintiff,<br><br>v.<br><br>PRADEEP KHOSLA, et al.,<br><br>Defendants. | Case No.: 16cv1296 JM (BLM)<br><br>**NOTICE OF IMPENDING SETTLEMENT** |

With consent of counsel for Defendants, this notice informs the Court that the parties have reached agreement on the terms of a settlement. Counsel are preparing the necessary documents, which will be executed and filed in the near future. As a result, counsel respectfully suggest that the telephonic case management conference currently scheduled for July 28, 2020 at 2:00 p.m. may be unnecessary, although counsel will continue to follow the Court's direction to participate if the conference remains on calendar.

1

1  Dated: July 23, 2020				Respectfully submitted,

2						By:   **s/David Loy**
3						      David Loy
						      davidloy@aclusandiego.org
4
5						Ryan T. Darby
						Attorneys for Plaintiff

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28