## SETTLEMENT AGREEMENT AND RELEASE

Plaintiff The Koala, an unincorporated student association ("Plaintiff") and Defendants Pradeep Khosla, in his official capacity as Chancellor of the University of California, San Diego; Kimberly Giangtran, in her official capacity as President of the Associated Students of the University of California, San Diego; and Nicholas Butler, in his official capacity as Financial Controller of the Associated Students of the University of California, San Diego ("Defendants") (each Plaintiff and Defendant individually a "Party" and collectively, the "Parties") enter into this Settlement Agreement and Release ("Agreement") in order to resolve all claims that were or could have been raised by Plaintiff in *The Koala v. Khosla, et al.*, Case No. 3:16-cv-01296-JM-BLM, currently pending in the United States District Court for the Southern District of California (the "Litigation").

## RECITALS

WHEREAS, Plaintiff and Defendants are parties in the Litigation, whereby Plaintiff, by and through its Second Amended Complaint, seeks injunctive and declaratory relief pertaining to Defendants' alleged violations of the First Amendment to the United States Constitution, and attorney's fees and costs pursuant to 42 U.S.C. § 1983 and/or 42 U.S.C. § 1988; and

WHEREAS, Plaintiff's claims arise out of actions taken by Defendants (or their official-capacity predecessors) in or about November 2015 relating to the passage of the Media Act by the Associated Students of the University of California, San Diego ("AS") as more fully described and alleged in the Second Amended Complaint; and

WHEREAS, AS has been and remains bound by applicable university policies guaranteeing viewpoint neutral allocation of funds, including but not limited to University of California Policy PACAOS-86.31; and

1

WHEREAS, the Parties have agreed to the following terms in order to resolve all aspects of the Litigation, without any admission of fault or liability.

NOW, THEREFORE, in consideration of the mutual covenants and promises set forth herein and other good and valuable consideration, the sufficiency of which is hereby acknowledged, the Parties expressly, knowingly and voluntarily agree as follows:

## AGREEMENT

1. **Dismissal of Litigation.**

Plaintiff shall, within five (5) business days of the execution of this Agreement by all signatories, file a Joint Motion to Dismiss with Prejudice and Reserve Jurisdiction over Settlement and lodge a proposed order granting said motion, in the form as set forth in Exhibit A hereto.

2. **Payment to The Koala.**

AS shall, within ten (10) business days of entry of the order granting the joint motion described in Paragraph 1, pay the sum of $12,500 to The Koala, via wire transfer to the attorney trust account of Plaintiff's counsel, Mr. Ryan Darby.

3. **Funding.**

3.1 <u>Operating Funds.</u> AS agrees to ensure that in its Funding Guide for the 2020-2021 academic year: (i) the definition of "Operating Funds" shall cover reimbursement for costs of printed media; (ii) the limit on Operating Funds available to a given registered student organization ("RSO") shall be no less than $1,500 per academic year; and (iii) the overall budget for Operating Funds shall be no less than $25,000.  Associated Students shall reimburse costs of print media paid to outside printers only if Imprints is unable to fulfill the print order on terms better than or substantially similar to those available from a print shop in San Diego County for

the requested format, binding, paper size and quality, color, price, and time of delivery.

       3.2     AS agrees that The Koala's status as a print media organization does not preclude The Koala from obtaining AS funding.

       3.3     Plaintiff acknowledges and agrees that nothing in this Agreement shall be construed as guaranteeing that Plaintiff receive any minimum amount of budget funding or appropriations in any given academic year. Moreover, Plaintiff acknowledges and agrees that to be eligible for AS funding, it must be an RSO and any funding requests it makes must comply with other generally-applicable AS or University policies or requirements.

4.     **Release of Claims.**

       4.1     Subject to the completion of all terms and conditions expressed herein and in consideration of the foregoing and other good and valuable consideration, Plaintiff hereby irrevocably and unconditionally releases Defendants, and/or their predecessors, successors, affiliates, agents, officers, representatives, and employees from any and all claims, demands, actions, suits, causes of action, rights damages and liabilities, of any nature whatsoever and whenever incurred including costs, expenses, penalties and attorneys' fees, known or unknown, matured or unmatured, liquidated or contingent, whether statutory, legal or equitable, that Plaintiff, its predecessors, successors and assigns has or may have arising out of or relating to the November 2015 passage of the Media Act by AS, the Litigation, or the claims or assertions made by Plaintiff in the Second Amended Complaint.

       4.2     Plaintiff warrants and represents to Defendants that Plaintiff has not assigned to anyone any of the rights, claims, or causes of action that are or would otherwise be released under the terms of this Agreement.

       4.3     <u>California Civil Code Section 1542 Waiver.</u> Plaintiff acknowledges and

understands that there is a risk that it may incur or suffer loss, damage or injuries which are in some way caused by or related to the subject matter of the release contained in Paragraph 4.1 of this Agreement, but which are unknown or unanticipated at the time of the execution of this Agreement.  Further, there is a risk that loss or damage presently known may be or become greater than either party now expects or anticipates.  Plaintiff assumes such risks that the releases contained herein shall apply to all unknown and/or unanticipated results arising from or relating to the subject matter of the releases contained in Paragraph 4.1 of this Agreement, and, **PLAINTIFF WAIVES AGAINST DEFENDANTS ALL RIGHTS UNDER CALIFORNIA CIVIL CODE SECTION 1542 (OR ANY APPLICABLE SIMILAR PROVISION OF FEDERAL, STATE, OR FOREIGN LAW), WHICH PROVIDES AS FOLLOWS:**

> "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE WHICH, IF KNOWN BY HIM OR HER, MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR."

4.4     The Parties agree and acknowledge that the waiver contained in Paragraph 4.3 is an essential term of this Agreement.

5.     **Payment of Attorney's Fees Directly to Plaintiff's Counsel.**

AS shall, within ten (10) business days of entry of the order granting the joint motion described in Paragraph 1, pay directly to Plaintiff's counsel (the ACLU Foundation of San Diego & Imperial Counties and Mr. Ryan Darby) a single, lump-sum payment of $150,000.00 (one hundred fifty thousand dollars) in full satisfaction of any claim for attorney's fees and costs Plaintiff has or may have arising out of or relating to the Litigation.  Plaintiff agrees that AS is authorized to make this payment directly to Plaintiff's counsel, the ACLU Foundation of San Diego & Imperial Counties, by wire transfer as specified by Plaintiff's counsel.  With the exception

of this payment, the Parties agree to bear their own attorney's fees and costs.

      6.      **No Admission of Fault or Liability.**

The promises and releases set forth herein are the result of a compromise and shall not for any purpose be considered an admission of the truth of the allegations, claims, or contentions of the Parties or an admission of any wrongdoing by any of the Parties. The Parties acknowledge that neither this Agreement, nor any of statements or promises within it, shall be deemed to constitute an admission of fault or liability.

      7.      **Retention of Jurisdiction.**

The Parties consent to the reservation and exercise of jurisdiction by the District Court and the assigned Magistrate Judge over any disputes between the Parties arising out of this Agreement, including but not limited to interpretation and enforcement of the terms of this Agreement, for a period of one (1) year from entry of the order granting the joint motion described in Paragraph 1. During that time period, the Parties agree that the assigned Magistrate Judge shall have authority to resolve any disputes concerning the Agreement and to enforce the terms of the Agreement by entering any appropriate relief.

      8.      **Miscellaneous.**

          8.1    <u>Further Assurances</u>. The Parties will take any action and sign any required document and all other instruments required to give effect to the above promises and releases.

          8.2    <u>Entire Agreement</u>. This Agreement constitutes the entire and complete agreement between the Parties pertaining to the subject matter hereof, and supersedes all negotiations, preliminary agreements and all prior and contemporaneous discussions and understandings of the Parties in connection with the subject matter hereof. Except as otherwise provided herein, no covenant, representation or condition not expressed in this Agreement, or in

an amendment hereto, shall be binding upon the Parties, or shall affect or be effective to interpret, change, or restrict the provisions of this Agreement.

8.3     Amendments.  No amendment, change or modification of any of the terms, provisions or conditions of this Agreement shall be effective unless made in writing and signed by the Party against whom such amendment, change or modification is sought to be enforced.  Waiver of any provision of this Agreement shall not be deemed a waiver of future compliance therewith and such provisions shall remain in full force and effect.

8.4     Severability.  The Parties agree that to the extent any portions of this Agreement are declared invalid, the remaining portion(s) shall not be affected and shall be given full force and effect.  Moreover, if any one or more of the provisions contained in this Agreement is held to be excessively broad as to duration, scope, activity or subject, such provisions will be construed by limiting and reducing them so as to be enforceable to the maximum extent compatible with applicable law.

8.5     Counterparts.  This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which shall together constitute one and the same instrument. Photographic and facsimiled copies of such signed counterparts may be used in lieu of the originals for any purpose.

8.6     Joint Negotiations and Drafting.  The Parties agree and stipulate that this Agreement was negotiated on an "arms-length" basis by and among the Parties of equal bargaining power.  Accordingly, this Agreement shall be neutral, and no ambiguity shall be construed in favor of or against any of the Parties.

8.7     Authority to Enter into Agreement.  The Parties and their representatives who sign this Agreement warrant and represent that they have the legal capacity and authority to

enter into this Agreement.

      8.8    <u>Advice of Counsel</u>.  Each Party warrants and represents that it: (a) has read this Agreement carefully; (b) has obtained the advice of legal counsel; (c) has been fully informed itself of the content and meaning of this Agreement; and (d) is executing this Agreement voluntarily and not under duress of any kind or nature whatsoever.

      8.9    <u>Governing Law</u>. This Agreement is made and entered into in the State of California and in all respects the rights and obligations of the Parties under this Agreement shall be interpreted, enforced and governed in accordance with the laws of the State of California without regard to its conflict of law rules.

      8.10    <u>Notices</u>. All notices, requests, or any other communications under this Agreement must be in writing and sent both by U.S. Mail and electronic mail. Unless otherwise notified in writing, the addresses of the Parties to this Agreement, for the purpose of such notices, requests or communications, are as follows:

    As to Plaintiff:

> David Loy
> ACLU Foundation of San Diego & Imperial Counties
> P.O. Box 87131
> San Diego, CA 92138-7131
> Telephone: 619.232.2121
> Email: davidloy@aclusandiego.org

As to Defendants:

> Matthew B. Mock
> SCHIFF HARDIN LLP
> 4 Embarcadero, Suite 1350
> San Francisco, CA 94111
> Telephone: 415.901.8700
> Email: mmock@schiffhardin.com
>
> Daniel Park
> Chief Campus Counsel, UC San Diego
> University Center 201, 0097
> 9500 Gilman Drive
> La Jolla, CA 92093-0097
> Email: dpark@ucsd.edu
>
> Margaret Wu
> Deputy General Counsel – Litigation and Capital Strategies
> University of California
> Office of the General Counsel
> 1111 Franklin Street, 8th Floor
> Oakland, CA 94607
> Email: Margaret.wu@ucop.edu
>
> Heather Belk
> University of California
> Associated Students Department
> 9500 Gilman Drive #0077
> La Jolla, CA 92093
> Email: heather@ucsd.edu

**The remainder of this page is intentionally left blank; signature page follows.**

The undersigned have made, entered into, and executed this Settlement Agreement and Release.

*The Koala*

By:_____

Printed:_____

Title:_____

Dated:_____

*President, Associated Students of the University of California, San Diego*

By: *[signature]*

Printed: **Kimberly Giangtran**

Dated: **September 2, 2020**

*ACLU Foundation of San Diego & Imperial Counties*

By:_____

Printed:_____

Title:_____

Dated:_____

*Financial Controller, Associated Students of the University of California, San Diego*

By:_____

Printed:_____

Dated:_____

*Ryan Darby, Esq.*

By:_____

Printed:_____

Dated:_____

*Pradeep Khosla, Chancellor of the University of California, San Diego*

By:_____

Printed:_____

Dated:_____

The undersigned have made, entered into, and executed this Settlement Agreement and Release.

| *The Koala* | *President, Associated Students of the University of California, San Diego* |
|---|---|
| By: | |
| Printed: | By: |
| Title: | Printed: |
| Dated: | Dated: |

| *ACLU Foundation of San Diego & Imperial Counties* | *Financial Controller, Associated Students of the University of California, San Diego* |
|---|---|
| By: | By: _(signature)_ |
| Printed: | Printed: Nicholas Butler |
| Title: | Dated: 9/4/2020 |
| Dated: | |

*Ryan Darby, Esq.*

*Pradeep Khosla, Chancellor of the University of California, San Diego*

By:

By:

Printed:

Printed:

Dated:

Dated:

9

The undersigned have made, entered into, and executed this Settlement Agreement and Release.

| *The Koala* | *President, Associated Students of the University of California, San Diego* |
|---|---|
| By: _____ | By: _____ |
| Printed: _____ | Printed: _____ |
| Title: _____ | Dated: _____ |
| Dated: _____ | |

| *ACLU Foundation of San Diego & Imperial Counties* | *Financial Controller, Associated Students of the University of California, San Diego* |
|---|---|
| By: _____ | By: _____ |
| Printed: _____ | Printed: _____ |
| Title: _____ | Dated: _____ |
| Dated: _____ | |

*Ryan Darby, Esq.*

By: _____

Printed: _____

Dated: _____

*Pradeep Khosla, Chancellor of the University of California, San Diego*

By: /s/ Pradeep Khosla

Printed: Pradeep K. Khosla

Dated: 9/1/20

9

*Margaret Wu, Deputy General Counsel - Litigation and Capital Strategies*

By: /s/ Margaret L. Wu

Printed: Margaret L. Wu

Dated: 9/1/20

The undersigned have made, entered into, and executed this Settlement Agreement and Release.

*The Koala*

By: *[signature]*

Printed: Elyssa Kress

Title: President

Dated: 9/4/2020

*President, Associated Students of the University of California, San Diego*

By: _____

Printed: _____

Dated: _____

*ACLU Foundation of San Diego & Imperial Counties*

By: _____

Printed: _____

Title: _____

Dated: _____

*Financial Controller, Associated Students of the University of California, San Diego*

By: _____

Printed: _____

Dated: _____

*Ryan Darby, Esq.*

By: _____

Printed: _____

Dated: _____

*Pradeep Khosla, Chancellor of the University of California, San Diego*

By: _____

Printed: _____

Dated: _____

9

The undersigned have made, entered into, and executed this Settlement Agreement and Release.

**The Koala**

By:_____

Printed:_____

Title:_____

Dated:_____

**President, Associated Students of the University of California, San Diego**

By:_____

Printed:_____

Dated:_____

**ACLU Foundation of San Diego & Imperial Counties**

By:_____

Printed:_____

Title:_____

Dated:_____

**Financial Controller, Associated Students of the University of California, San Diego**

By:_____

Printed:_____

Dated:_____

*Ryan Darby, Esq.*

By: *[signature]*

Printed: Ryan Darby

Dated: Sept. 4, 2020

**Pradeep Khosla, Chancellor of the University of California, San Diego**

By:_____

Printed:_____

Dated:_____

9

The undersigned have made, entered into, and executed this Settlement Agreement and Release.

| | |
|---|---|
| ***The Koala*** | ***President, Associated Students of the University of California, San Diego*** |
| By: _____ | By: _____ |
| Printed: _____ | Printed: _____ |
| Title: _____ | Dated: _____ |
| Dated: _____ | |
| ***ACLU Foundation of San Diego & Imperial County*** | ***Financial Controller, Associated Students of the University of California, San Diego*** |
| By: _____/s/_____ | By: _____ |
| Printed: David Loy | Printed: _____ |
| Title: Legal Director | Dated: _____ |
| Dated: September 4, 2020 | |
| ***Ryan Darby, Esq.*** | ***Pradeep Khosla, Chancellor of the University of California, San Diego*** |
| By: _____ | By: _____ |
| Printed: _____ | Printed: _____ |
| Dated: _____ | Dated: _____ |

9

# Exhibit A

Joint Motion to Dismiss with Prejudice and Reserve Jurisdiction over Settlement

and

Proposed Order granting same

David Loy (SBN 229235)
**ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone:  (619) 232-2121
Facsimile:   (619) 232-0036
davidloy@aclusandiego.org

Ryan T. Darby, Esq. (SBN 264357)
**THE LAW OFFICE OF RYAN T. DARBY**
525 B Street, Suite 1500
San Diego, CA 92101
Telephone:  (619) 858-4766
Facsimile:   (619) 243-7226
darby@darby.law

Attorneys for Plaintiff THE KOALA

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KOALA, an unincorporated student association,<br><br>Plaintiff,<br><br>v.<br><br>PRADEEP KHOSLA, et al.,<br><br>Defendants. | **Case No.: 16cv1296 JM (BLM)**<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE AND RESERVE JURISDICTION OVER SETTLEMENT** |

Through counsel, the parties jointly move the Court to enter an order:

1.     Dismissing this action with prejudice pursuant to the Settlement Agreement ("Agreement") entered into by the parties, a true and correct copy of which is attached hereto as Exhibit 1, with each party to bear its own costs and fees except as specified in the Agreement.

2.     Reserving jurisdiction in the Court for a period of one year from entry of the order granting this motion and referring the matter to the assigned Magistrate

Judge to interpret and/or enforce the Agreement, pursuant to 28 U.S.C. § 636(c) and CivLR 72.1(g), as provided in the Consent to Exercise of Settlement Jurisdiction by United States Magistrate Judge, attached hereto as Exhibit 2.

Dated: September 8, 2020

| SCHIFF HARDIN LLP | ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES |
|---|---|
| By: */s/ Matthew B. Mock*<br>Matthew B. Mock (SBN 316380)<br>*mmock@schiffhardin.com*<br>Four Embarcadero Center<br>Suite 1350<br>San Francisco, CA 94111<br>Telephone: (415) 901-8700<br>Facsimile: (415) 901-8701<br><br>Attorneys for Defendants | By: */s/ David Loy*<br>David Loy<br>*davidloy@aclusandiego.org*<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>Telephone: (619) 232-2121<br>Facsimile: (619) 232-0036<br><br>LAW OFFICE OF RYAN T. DARBY<br><br>By: */s/ Ryan T. Darby*<br>Ryan T. Darby<br>*darby@darby.law*<br>525 B Street, Suite 1500<br>San Diego, CA 92101<br>Telephone: (619) 858-4766<br>Facsimile: (619) 243-7226<br><br>Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KOALA, an unincorporated student association,<br><br>Plaintiff,<br><br>v.<br><br>PRADEEP KHOSLA, et al.,<br><br>Defendants. | **Civil No.: 16cv1296 JM (BLM)**<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE AND RESERVE JURISDICTION OVER SETTLEMENT** |

The Court finding good cause, pursuant to joint motion of the parties, orders as follows:

1. This action shall be dismissed with prejudice, pursuant to the Settlement Agreement ("Agreement") attached to the Joint Motion to Dismiss with Prejudice and Reserve Jurisdiction over Settlement and incorporated herein by reference, with each party to bear its own costs and fees except as specified in the Agreement.

2. The Court reserves jurisdiction for one year after the date of entry of this order and refers this case to the assigned Magistrate Judge, pursuant to 28 U.S.C. § 636(c) and CivLR 72.1(g), as follows.

3. For a period of one year from the date of entry of this order, the assigned Magistrate Judge shall retain jurisdiction over all disputes between the parties arising out of the Agreement, including but not limited to interpretation and enforcement of the terms of the Agreement. The assigned Magistrate Judge shall have authority to resolve any disputes concerning the Agreement and to enforce the terms of the Agreement by entering any appropriate relief.

IT IS SO ORDERED.

Dated: _____, 2020

_____
JEFFREY T. MILLER
United States District Judge