# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KOALA, an unincorporated student association,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PRADEEP KHOSLA, et al.,<br><br>　　　　　　　　　　　Defendants. | **Civil No.: 16cv1296 -BLM**<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE AND RESERVE JURISDICTION OVER SETTLEMENT**<br><br>**[ECF No. 73]** |

　　　The Court finding good cause, pursuant to joint motion of the parties, orders as follows:

　　　1.　　This action shall be dismissed with prejudice, pursuant to the Settlement Agreement ("Agreement") attached to the Joint Motion to Dismiss with Prejudice and Reserve Jurisdiction over Settlement and incorporated herein by reference [see ECF No. 73-1], with each party to bear its own costs and fees except as specified in the Agreement.

　　　2.　　The Court reserves jurisdiction for one year after the date of entry of this order and refers this case to the assigned Magistrate Judge, pursuant to 28 U.S.C. § 636(c) and CivLR 72.1(g) [see ECF No. 74] , as follows.

1

3. For a period of one year from the date of entry of this order, the assigned Magistrate Judge shall retain jurisdiction over all disputes between the parties arising out of the Agreement, including but not limited to interpretation and enforcement of the terms of the Agreement. The assigned Magistrate Judge shall have authority to resolve any disputes concerning the Agreement and to enforce the terms of the Agreement by entering any appropriate relief.

**IT IS SO ORDERED**.

Dated: 9/10/2020

Hon. Barbara L. Major
United States Magistrate Judge